PHILIP M. HYMANSON, ESQ.
Nevada State Bar No. 2253
HENRY JOSEPH HYMANSON, ESQ.
Nevada State Bar No. 14381
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile
Phil@HymansonLawNV.com
Hank@HymansonLawNV.com

*Attorneys for TEVA PARENTERAL MEDICINES, INC.,*
*formerly known as SICOR PHARMACEUTICALS, INC.;*
*SICOR, Inc.; BAXTER HEALTHCARE*
*CORPORATION; McKESSON MEDICAL-SURGICAL*
*INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ABADJIAN, SOSSY; ACKERMAN, GLORIA; ADARVE, VIRGINIA; ADLER, FRANCIS; AGUILAR, CARMEN; AGUILAR, NARCISO RENE; ALDER, RHEA; ALLEN, GEORGE; ALLSHOUSE, SOCORRO; ALPY, LINDA; ALVAREZ, JOYCE; ANDERSON, REBECCA L.; ANDREI, EMANUEL; ANTLES, TERRIE; APPLETON-HULTZ, KELLIE; ARCHULETA, ANTHONY; ARELLANOS, ESTEBAN; ARIAS, RICKIE; ARKENBURG, MARK; ARRIOLA, ROGER; ARTIGA, MARIA; ASBERRY, ROBIN; BABCOCK, WINIFRED; BACH , ROBERT; BACHAND, SUSAN F.; BAGLEY-TENNER, ELAINE; BAL, MELISSA; BALDRIDGE, BRYAN; BARBEE, DOROTHY; BARKER, RONALD; BARNCORD, RONALD; BARNES, RUSSELL; BARNHART, PEGGY JO; BARRALL, MADALYN; BARTLETT, DONALD; BARTLETT, SHERYLE; BAUDOIN, JOSEPH; BAXTER, BARBARA; BEAMON, VENUS; BEATTY, BARBARA ROBIN; BEHLINGS, RODNEY; BEJARAN, CRISTINA; BENEDETTI, TOMAS; BENFORD, VERNA; BENKERT, RICHARD; BERGERON , MARSHALL; BERGERON, DONNA; BIVONA, SYLVIA; BLAIR, ROBERT; BLAKELEY, HARRY;

CASE NO.:

**NOTICE OF REMOVAL**

1

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

BLANCHARD, DAWN; BLOSS, BONNIE;
BOLAR, DARRELL; BOLDEN, ROY;
BOLDEN, SARAH; BOLEN, SCOT;
BONILLA, VICTOR; BOONE, JOHN;
BORRAYES, GRACIELA; BOWEN, BILLY;
BOWERS, SHIRLEY; BOWLES, BRIDGET;
BOYKINS, CATHY; BRADFORD,
BRENDA; BRADLEY, SHIRLEY; BRAUER,
CARLA; BROWN, CAROLYN; BROWN,
JACK; BROWN, KENNETH; BROWN,
LESLIE; BROWN, MICHAEL; BROWN,
ROBERTA; BRUNS, AMELIA B.;
BURCHARD, CARL L.; BURKS, TRACI;
BURTON, ELIZABETH; BUSTAMANTE-
RAMIREZ, ANGELITE; BUSTAMANTE,
ANASTASIO; BUSTAMANTE, MARIO;
BUTLER, DOROTHY ANN;
CALCATERRA, LEE; CALDERON,
ROBERT; CALLAHAN, SHEILA;
CAMPBELL, EVELYN; CAMPOLO, JOHN;
CAMPOS, MARIA; CANACARIS,
BOONYUEN; CANACARIS,
CONSTANTINOS; CAPANDA, MELISSA;
CAPERELL, MARTIN; CARDONA, JAIME;
CARDONA, PEDRO; CARNEY, SUSIE;
CARPENTER, JOHN; CARR, LESTER;
CARR, TERESA; CARRASCO,
BERNARDINO; CARTER, TRUMAN;
CASTO, XANDRA; CAUDLE, SPENCE;
CAUSEY, MARGARET; CEBALLOS,
XAVIER; CEDENO, ROBERT; CELANO,
HELAYNE; CELANO, VINCENT;
CENTENO, DINORA; CEPEDA,
GUADALUPE; CHASE, ROY; CHEA,
CARIDAD; CHEVEZ, ELSA; CHIGER,
MARK; CHILDS, LUCILLE; CIRCLE,
DONALD; CLARK, ALICIA; CLARK,
CAROL; CLARK, PATRICIA; COIRO,
RICHARD COLLINS, PERCELL JR.;
COMPTON, ROBERT; CONNER, ERNEST;
COOK, CLIFF; COREY, SUSAN; CORREA,
PATRICIA; COULOMBE, PAUL A.;
CRAWFORD, AMBER; CROCKER,
RONALD; CROCKETT, PAMELA; CROSS,
HOWARD; CROSSLEY, ROSSLYN;
DANIELS, WILLIAM R.; DAVIS, EVELYN;
DAVIS, MARY JEAN; DAVIS, VIRGINIA
A.; DAWSON, JESSIE L.; DELACRUZ,
DENISE M.; DELACRUZ, EMELYN;
DERAS, SILVIA; DEROSE, GREGORY;
DEVINE, SHERIDA; DIAMOND, CLAIRE;
DIAZ-PEREZ, JOSE; DIPIETRO, MARK;
DIXON, OTIS L.; DOLPIES, EMILIO;
DOMINGO, TAMARA; DOMINGUEZ,
PAMELA; DOMKOSKI, EUQENA;

2

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

1  DONATO, JOSEPH; DONIS, HUGO;
   DONLEY, PATRICIA L.; DRAGANIC,
2  LJUBICA; DUCK, DELORIS K.; DUHS,
   KATHLEEN J.; DUNCAN, LILLIAN;
3  DUSYK, HAROLD; DYER, ALLYSON R.
   JR.; EASLEY, LOIS; ECHEVERRIA, DEISY;
4  EDMOND, DONNEDIA D.; ELAURIA,
   ROLAND E.; ESCALA, DARIO E.;
5  ESCALA, ENGARCIA B.; ESCALERA,
   KATHY A.; ESCOBEDO, MARIA.
6  ESPINOSA,TERESA I.; ESPOSITO,
   ERNEST A.; EVANS, LEON; EVANS,
7  WILLIAM; EVERSOLE, JOHN J.;
   FAULKNER, MARY; FEINGOLD,
8  ABRAHAM; FEINGOLD, MURIEL;
   FENNELL, OSCAR; FERGUSON,
9  MARIETTA; FERGUSON, WILLIE;
   FERRANTE, DANIEL; FICKLIN,
10 CAROLYN; FILBECK, JOE; FINEBERG,
   ETHEL; FINN, MADELINE C.; FITCH,
11 ALBERT L.; FLORES, ADRIAN; FLORES,
   MARIA; FOLKENFLIK, RONALD;
12 FOREMASTER, RAUNA; FOSTER,
   JOSEPH E.; FOSTER, PHYLLIS G.;
13 FRAZIER, CYNTHIA D.; FREEMAN,
   VICTORIA; FRIEL, LAWRENCE; FRIESEN,
14 BONITA M.; FRILLARTE, NESS; FRISBY,
   NANCY C.; GAINES, JODI; GALLEGOS,
15 ESPERANZA; GALLEGOS, NEOHMI;
   GARAY, LUIS; GARCIA, BRENDA;
16 GARCIA, MARTHA; GARDNER, SANDRA;
   GARVEY, MICHAEL; GASS, LOIS;
17 GELLENS, JEREMY; GEOGHEGAN,
   MARION; GEORGE, THERESA;
18 GIANNOPOULOS, TINA;
   GIANNOPOULOS, ARIS; GILBERT,
19 WANDA; GLENN, GREGORY; GOLDEN,
   JEAN; GOLDEN-LEWIS, TYRA; GOLOB,
20 LUCIANO; GOMEZ; CARRILLO,
   MARGARITO; GONZALES, PASTOR;
21 GONZALEZ-TORRES, JESUS; GORDY, TJ;
   GOTLIEB, JEFF; GOUDY, ALLEN;
22 GRAHAM, ANNETTA; GRATTAN, BILL;
   GRAY, ARNOLD; GRAY, BONNIE;
23 GREEN, DOROTHY; GREEN, TANIA;
   GREGORICH, ROY; GRESSER, JEFFREY;
24 GRIFFIN, WILLIE; GRIMBLOT, ROBERT;
   GRIMES, VERNA; GRIMM, CYNTHIA;
25 GRIMM, ROBERT; GRONNA, PATRICK;
   GUERETTE, CARL; GUEVARA,
26 CANDELARIO; GULLI, NICHOLAS;
   GUTIERREZ, JULIA; HACHEZ, DENISE F.;
27 HADJES, SUE; HAL, ESTHER I.; HALL,
   FRANK J.; HALL, TINA; HAMBLIN,
28 CHARDAI C.; HAMILTON, ROBERT JR.;

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

1  HANCOCK, DEBORAH; HARO, JESSICA
   M.; HARPER, JOANN; HARRINGTON,
2  ANNA C.; HARRINGTON, MICHAEL S.;
   HARRIS, DORIS; HARRISON, GLORICE;
3  HARRISON, SHARA; HARRISON-
   CARTER, PATRICIA; HARSHMAN-
4  TALBERT, BRIANNA S.; HARTLEY,
   RONALD K.; HARWOOD, ROBERT;
5  HAUGEN-RATTAZZI, LINDA K.;
   HAYASHI, ESTHER A.; HAYES, SAMUEL;
6  HEIN, SUSETTE A.; HENDERSON-
   SHEPHERD, NITA; HENNICK, ROY M.;
7  HENSON, JUANITA; HEREDIA, LUCIA;
   HERNANDEZ, CANDIDO; HERNANDEZ,
8  MARCIAL A.; HERNANDEZ, MARIA;
   HERROLD, THOMAS; HERRON, LUZ;
9  HILL, SUSAN M.; HINER, ISHEKA;
   HOARD, ARLENE; HOBBS, BETH;
10 HOLLIS, MICHELLE; HOLMES,
   JAQUELINE A.; HOOKER, JOSHUA;
11 HOOVER, WILLIE; HOPPINS, PATRICIA;
   HORVATH BELVIA; HORVATH, JAMES;
12 HOSTLER, ANA; HOULE, AUGUSTAVE;
   HOVIETZ, CARL II; HOWARD, RUTH;
13 HOWELL, ROBERT E.; HOWFORD,
   MICHELE; HUEBNER, EDWARD L.;
14 HUGHES, LOVETTE M.; HUNTER,
   VIRIGINIA M.; HURTADO-MIGUEL,
15 PATRICIA; HWANG, HO NAN; HYYPPA,
   ANGELA; IBARRA, JANETTE; INFUSO,
16 JOSEPH; INTERDONATI, FRANK; IREY,
   BRIAN; JACKSON, BARRY; JACKSON,
17 CECIL; JACKSON, DORA; JARAMILLO,
   ROLANDO; JILES, RICHARD; JILES,
18 LETHA; JOHNSON, CLIFTON; JOHNSON,
   DORIS; JOHNSON, EUGENE; JOHNSON,
19 JOHNNY; JOHNSON, JOYCE; JOHNSON,
   WILLIAM; JONES, ARNOLD;
20 KABADAIAN, ANN; KALETA, ANTHONY
   K.; KAPOOR, ARUN; KEELER, LINDA J.;
21 KEELING, SHARON; KELLY, MICHAEL
   F.; KEYES, RAYANN J.; KIDD, DARRELL;
22 KIM, CONNIE; KIM, SOO-OK; KIM,
   TAESOOK; KIMBERS, SONDRA I.;
23 KINDLER, ELIZABETH I.; KING, IRIS L.;
   KING, LARRY D.; KOCEJA, RAYMOND
24 E.; KOENEN, TRACEY; KOENIG,
   JOANNA; KOH, PATRICK; KOPANSKI,
25 MICHAEL; KRACHENFELS, MICHAEL J.;
   KRAMER, CORINNE M.; KROITOR,
26 DAVID; KUNIK, OLGA; KUNZIG, KAREN
   A.; LAFOUNTAIN, ANEITA; LAKE,
27 BARBARA; LAMPMAN, KRYSTAL;
   LANG, DARSEL; LARSON, JONATHAN;
28 LAUREL, BERTHA; LAURON, ANGES G.;

4

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

LAWSON, MARIE; LEBLANC, PHYLLIS; LEEMAN-ROSS, BETTY J.; LETANG, ARLENE; LEV, JANE; LEWIS, JAMES A.; LIEBSCHUTZ, JOAN; LIM, MINERVA L.; LIMES, DEBRA; LINDSEY, EDWARD; LINETSKY, SETH; LISTA, EMILIO D.; LITTLE, WILLIAM; LIVINGSTON-STEEL, DOROTHY; LOPEZ, FELISA; LOPEZ, IRAIDA; LOPEZ, MARTHA; LOPEZ, NOE; LOPEZ, TONEY E.; LOPRESTO, FRANCINE R.; LUCAS, FLORENCE; LUTHER, DARLENE; LYLES, FRANK L.; MACLEAN, STERPHANIE; MADRID, DEBORAH; MAGILL, LORI; MAIWAND**, MARWA; MAJOR, DOROTHY J.; MALDONADO, MARGUERITE; MALDONADO, MARIO; MALWITZ, IDA; MANUEL, AUDREY; MARES, GABRIEL; MAROHL, ROBERT; MARQUEZ, CAROL A.; MARTIGANI, BRENDA; MARTIN LEE, TERRI L.; MARTIN, LEONARD A.; MARTIN, TERRI L.; MARTINEZ, HUGO; MARTINEZ, JORGE B.; MARTINEZ, JOSE; MARZULLI, GRACE; MASCARI, MARY LOUISE; MASTRIAN, LUCY; MATTI, FATIN; MAYS, LEROY; MAYS, LISA; MCCALL, TERRY; MCCALL, VIRGINIA A.; MCCLAIN, LETTA; MCCLINTON, ALFRED; MCCRAY, STELLA; MCDANIEL, LAURENCE; MCDAVID, JOHN JR.; MCDONALD, DAVID; MCDONNELL, DOLORES; MCGEE, DENISE ANNE; MCKINNEY, MAE; MCKNIGHT, JANET; MCMILLEN, FRED III; MEACHAM, MYRON; MEJIA, KELLEY; MEKHJIAN, AIDA A.; MELLOR, CHELSEY L.; MENDOZA, JIGGERSON; MERRELL-CLAPP, SUSAN; MIDDAUGH, JAMES; MILBURN, SYLVIA; MILLER, CORINNE; MITCHELL, GERALD; MITCHELL, JANICE; MITCHELL, OLIVER; MIZHIRITSKY, MIKHAIL; MOLITOR, KIRK; MOODY, STEVEN; MOORE, MARY; MORA, JOSE; MORALES, YOLANDA; MORALES; CASTRO, ELIZABETH; MORCIGLIO,YOLANDA; MORENO, BIVETTA; MORGAN, DAVID; MORGAN, DENISE M.; MORGAN, DOUGLAS; MORGAN, SONIA; MORICI, ANDREW; MORRIS, BARRY; MORRIS, JAMES; MORRIS, JUANITA E.; MORSE, MICHELE; MORTENSEN, DAN R.; MOSQUEDA, MIGDALIA; MOTOLA, ANDREA; MUNA, ANNIE; MUNGER, JUDITH A.; MUNGUIA, LUCILA;

5

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

MURANYI, DIANE MURRAY, WILLIE;
MUSCARA, DIOSELINA; NAGY, JOSEPH;
NAJARRO, JOSE A.; NAKONECZNY,
BONNIE; NANOD, THANG; NATINGA,
ERLINDA; NAVARRO-ORTIZ, MARIA;
NELSON, LEEANNE; NEVINS, DANIEL;
NEWELL, LANITA; NOGA, PAUL;
NORLIN, ROSEMARIE; NOVOTNY,
RONALEE; NYDEN, MARSHALL;
OBERSHAW, WADE; O'CONNELL,
JOSEPH; O'FARRIL, LUCIO F.;
O'HALLORAN, SHAWN; OKU, ANDREW;
OLIVA, DIGNA; O'MARA, JOHN; O'NEAL,
NORMA J.; ORCULLO, LINDA; OROZCO-
GALAN, PAULA; PACHECO, ANGELA;
PANKHURST, DENIS; PARATORE, MATT;
PARK, ROBERT; PARKINSON, KATHY;
PAZOS, JESUS; PEARCE, MARILYN;
PECCORINI, TERESA; PEDRO, PHYLLIS;
PENA, JOSE O.; PEOPLES, PATRICIA;
PERDOMO, DELMY C.; PEREZ, DORA;
PEREZ, LOUISE; PEREZ, LUIS; PEREZ,
MARIA; PEREZ, MERCEDES; PEREZ-
ROQUE, AGUSTIN; PERRET, ANDRE;
PERRY, JANET P.; PETERSON, ALAN K.;
PHILIP, LOWELL; PHILIP, MICHELLE;
PICARD, CRAIG; PINSKER, DONALD;
PITMAN, JASON B.; PITTMAN, WAYNE;
PODROUZEK, JEFF; POLILLO, ROGER;
POLINSKI, RON; PORTER, JUDY;
POURTEYMAUR, MOHAMMED;
POWERS, DONNA; POWERS, EVA;
POWERS, JENNIFER; PRICE, DOUGLAS;
PRICE, IVOR; PRIETO, JOSE; PRIETO,
LUISA; PRUSSIN, ELY; QUINTERO,
FRANCISCO; QUIROZ, ANTHONY RAY;
RABADAN, MARIBEL; RAGAZZO,
MARIO; RAMIREZ , ADRIANA;
RAMIREZ, JOHN; RAMIREZ, RAUL;
RANSOM, EDWARD; RAPOSA, ROBERT;
RATTAZZI, DEVIN; REDDING, CANTICE
M.; REED, KAREN; REYES , HELEN;
REYES DE MEDINA, CELIA; REYES,
GABRIEL; REYES, MIGUEL; RICE,
MICHAEL; ROBERSON, LESTER;
ROBERTS, BARBARA; ROBINSON,
CONSTANCE; ROBINSON, LLOYD H.;
ROBY, CONNIE; ROCHESTER,
ANTOINETTE; RODGERS, VICKI;
RODGERS, TREVA; RODRIGUEZ, MARIA;
RODRIGUEZ, NENITA; RODRIGUEZ,
RICARDO; RODRIGUEZ, YOLANDA;
RODRIGUEZ-RAMIREZ, JOSE; ROGERS,
FREEMAN; ROGGENSEE, CAROLE;
ROJAS, SONIA; ROMANO, JOSEPH;

ROSE, JEAN; RUCKEY, GWENDOLYN; RUSSELL, ROSETTA; SADDLER, DEMETRY; SALAS, JANISANN; SALCEDO, MARIA; SALGUERO, FRANCISCO; SANDERS, KERRI; SANDERS, LOVIE; SAUNDERS, PAUL; SAUNDERS, SHERRILYN; SAWYER, DANNY; SCHILLING, ISA; SCHLAPPI, SHAUN; SCHROEDER, STEPHEN; SCHULMAN, JEFFREY; SEAY, RAY; SENNESS, SANDRA; SERGIO, ANTHONY JR.; SFORZA, MAURICE; SHANKLIN, SYLVIA; SHANKS, JULIE; SHEARER, DOUGLAS; SIMKO, SANDRA; SIPPLE, MYRTLE; SKINNER, CHARLES; SLATER, JAMES; SLAUGHTER, JACKLYN; SLAUGHTER, JOHN; SLONE, JOHN; SMITH, CATHERINE; SMITH, WILBUR; SNYDER, LILA; SOBIESKI, DOLORES; SOCORRO, MICHELLE; SOMMER, WAYNE; SOTO, MARIA; SOUSSANA, VIDANA; SPAINHOUR, JULIE; SPANGLER, JESSICA; SPARKS, PATRICIA; SPARKS, SANDRA; SPELLMAN, PATRICIA; STANFORD, JEFFREY; STANKARD, WILLIAM; STANLEY, GINGER; STEWART, RODNEY; STOKLOSA, WALTER; STROHECKER, LETICIA; STROMGREN, HAROLD; SUDO, MAFALDA; SWAIN, BARBARA; TADEO, NORMA; TARNOWISKI , MIRKA; TARNOWSKI, RYSZARD; TASH, ROXANNE E.; TAYLOR, JILL; THIBEAULT, JEANNE; TITUS-PILATE, CATHERINE; TOPPLE, RAYMOND; TORIBIO, DOMINGA; TORRES, YADEL; TOWNSLEY, RITA M. TRAFTON, ROSELYN; TROMELLO, SALVATORE; TROPP, PATRICIA A.; TUCKOSH, DOROTHY; TURNER, LUCY; TURNER, TERRY; TUZINSKI, ROBERT; UNRUH, WILLIAM; VALLS, JESUS; VALONE, DIANNE; VANCE, GILBERT; VANDERGAAG, HILLEGONDA; VELEY, HENRY; VILLEGAS, STELLA; VIRGIL, LOUIS; VITAL-CEDENO, CECILIA; VOLK, COLLEEN; VORGIAS, CHRIST; WADLOW, WILLIAM; WAGNER, BETTY; WALTERS, JOHN; WALTON , JASON; WAMPOLE, JANICE; WARD, BARBARA; WARD, GLORIA; WARIS, SANDRA; WATKINS, ELIZABETH; WEDDINGTON, LESTER; WEISNER, ARLENE; WHEELER, KATHRYN; WHITE, DEBRA; WHITE, FRANK E.; WHITE, SERENE; WHITE,

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

1  SHARON; WILKINS, BRIDGET;
   WILLIAMS, ACE K.; WILLIAMS,
2  ANTHONY; WILLIAMS, AUBREY;
   WILLIAMS, CHARLES; WILLIAMS,
3  CHERYL; WILLIAMS, MARY; WILLIAMS,
   REALINDA; WILLIAMS, WILLIE;
4  WILSON, GARY; WILSON, ROBERT;
   WILT, STEVEN; WINSLOW, ANGELA;
5  WINTEROWD, BEVERLY; WINTERS,
   BETTY; WOLF, JAMES; WORTHY,
6  DEREK, individually,

7          Plaintiffs,

8  v.

9  TEVA PARENTERAL MEDICINES, INC.,
   formerly known as SICOR
10 PHARMACEUTICALS, INC.; SICOR, Inc., a
   Delaware Corporation; BAXTER
11 HEALTHCARE CORPORATION,
   a Delaware Corporation; McKESSON
12 MEDICAL-SURGICAL INC., a Delaware
   Corporation,
13
           Defendants.
14

15 **TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

16      Defendants TEVA PARENTERAL MEDICINES, INC. ("TPM"), formerly known as

17 SICOR    PHARMACEUTICALS,    INC.;   SICOR,   Inc.;   BAXTER   HEALTHCARE

18 CORPORATION ("BAXTER"); McKESSON MEDICAL-SURGICAL INC. "(MCKESSON")

19 (collectively "Defendants") hereby notice the removal of this action to the United States District

20 Court, and, in support thereof, state as follows:

21      1.    Defendants are the defendants in the above-entitled action commenced in the Eighth

22 Judicial District Court, in and for Clark County, Nevada, as Case No. A-18-781820-C, and now

23 pending in that court ("State Court Action").

24      2.    Plaintiffs commenced the State Court Action by filing a complaint ("Complaint")

25 on September 27, 2018.

26      3.    Service of the Complaint upon Defendant TEVA PARENTERAL MEDICINES,

27 INC., formerly known as SICOR PHARMACEUTICALS, INC. was effected on November 21,

28

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

8

2018. Service of the Complaint upon Defendant BAXTER HEALTHCARE CORPORATION was effected on November 20, 2018.   Service of the Complaint upon Defendant McKESSON MEDICAL-SURGICAL INC., was effected on November 21, 2018.  Service has not been effected on Defendant SICOR, Inc.

4.      The Complaint alleges claims for 1) strict product liability; 2) breach of the implied warranty of fitness for a particular purpose; 3) negligence; 4) violation of the Nevada deceptive trade practices act; and 5) punitive damages. Plaintiffs pray for relief for general damages, "in excess of $15,000." Plaintiffs also pray for unspecified special damages according to proof, attorney's fees and costs, and punitive damages according to proof.

5.      No further proceedings have been had in this matter in the Eighth Judicial District Court.

6.      Thirty days have not elapsed since Defendants were served with the complaint in this action.

## DIVERSITY OF CITIZENSHIP

7.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a) and (b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 for each plaintiff, exclusive of interests and costs.

8.      Defendants TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC., and SICOR, Inc. are incorporated in the State of Delaware, with its principal place of business in the State of California;

9.      Defendant BAXTER HEALTHCARE CORPORATION, is incorporated in the State of Delaware, with its principal place of business in the State of Illinois;

10.      Defendant McKESSON MEDICAL-SURGICAL INC., is incorporated in the State of Virginia, with its principal place of business in the State of Virginia.

11.      Plaintiffs ("Plaintiffs"), are listed in the Complaint as residents of Clark County, Nevada.

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

12.     Based on information and belief, there is now and there was at the time of the commencement of this action complete diversity between Plaintiffs and Defendants.

13. The sum of the damages alleged by Plaintiffs necessarily exceeds $75,000 for each plaintiff, exclusive of interest and costs.[1] Specifically, Plaintiffs are seeking punitive damages. "Punitive damages may be considered in determining the requisite jurisdictional amount." *Woodman of the World Life Ins. Soc'y v. Manganaro*, 342 F.3d 1213, 1218 (10th Cir. 2003).

14.     Based on the above, adequate grounds exist to remove the Complaint to this Court based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

## FEDERAL QUESTION JURISDICTION

15.     This Court may additionally and/or alternatively exercise jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367. Plaintiffs' claims are removeable because they necessarily raise a substantial and disputed question of federal law. In addition, all remaining claims are removable subject to the Court's supplemental jurisdiction.

16.     The Supreme Court has held that state-law claims are removable under federal question jurisdiction pursuant to 28 U.S.C. § 1331 where they "necessarily raise a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities. *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.,* 545 U.S. 308, 314 (2005).

17.     Federal jurisdiction exists where a state law claim necessarily involves the construction or application of federal law. *See, e.g. D'Alessio v. New York Stock Exchanging, Inc.*, 258 F.3d 93, 99 (2d Cir.2001)("[A] case is deemed to 'arise under' federal law 'where the vindication of a right under state law necessarily turn[s] on some construction of federal law.'") (alteration in original)(quoting *Franchise Tax Bd. V. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9 (1983)).

---

[1] Defendants note that they are not required to, nor do they, concede that Plaintiffs are entitled to recover more than $75,000. *See Kelderman v. Remington Arms Co.*, 734 F.Supp.1527, 1528 (S.D. Iowa 1990) (rejecting a plaintiff's attempt to "place [a] defendant in the awkward position of embracing a concession on the important issue of damages," to establish jurisdiction, noting that a "defendant need not go that far"). Indeed, Defendants specifically deny that Plaintiffs are entitled to recover *any* damages.

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

1

2

18.     In addition, this Court has original and removal jurisdiction over civil actions, such as this one, that arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C §

3

1331, 1441(a). Among the civil actions that "arise under" federal law are "state-law claims that

4

implicate significant federal issues." *Grable* 545 U.S. at 312. Such claims capture the

5

"commonsense notion that a federal court ought to be able to hear claims recognized under state

6

law that nonetheless turn on substantial questions of federal law, and thus justify resort to the

7

experience, solicitude, and hope of uniformity that a federal forum offers on federal issues." *Id.*

8

19.     Thus, federal question jurisdiction also exists where, as here, a "state law claim

9

necessarily raise[s] a stated federal issue, actually disputed and substantial, which a federal forum

10

may entertain without disturbing any congressionally approved balance of federal and state judicial

11

responsibilities." *Id.* at 314.

12

20.     The claims asserted in the Complaint meet both of these standards for federal

13

question jurisdiction. Although the Complaint is sparse on the actual legal basis of its claims, the

14

essence of the complaint is that Defendants improperly packaged and distributed propofol.

15

21.      The packaging of propofol is regulated by the U.S. Food and Drug Administration

16

("FDA") specifically, 21 Code of Federal Regulation ("CFR") § 211, which lays out the "minimum

17

current good manufacturing practice for preparation of drug products . . . for administration to

18

humans or animals."

19

22.     CFR 211.130 states, "(t)here shall be written procedures designed to assure that

20

correct labels, labeling, and packaging materials are used for drug products; such written

21

procedures shall be followed." "(I)t is a requirement under Current Good Manufacturing Practices

22

that every drug manufacturer and/or processor develop and follow detailed written procedures for

23

all aspects of the production, testing, storage, labeling and distribution of any and all of its drug

24

products." *U.S. v. Richlyn Laboratories, Inc.*, 822 F.Supp. 268, 272 (E.D. Pa. 1993).  In *U.S. v.*

25

*Richlyn Laboratories, Inc.* the court initially granted a preliminary injunction and later a permanent

26

injunction enjoining a drug manufacturer from "manufacturing, processing, packaging and

27

distributing their drug products until such time as they are in full compliance with Current Good

28

Manufacturing Practices." *Id.* at 273.

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

23.     Here, the core of the Complaint alleges that the manner in which Defendants' generic propofol was manufactured and/or packaged – processes which are strictly regulated by the FDA – nevertheless violated Nevada State laws. However, the United States Supreme Court has held in *PLIVA, Inc. v. Mensing* and its progeny that the federal government has exclusive authority to regulate the packaging of pharmaceutical drugs, and the Supremacy Clause preempts state laws purporting to place burdens upon drug manufactures that are in conflict with federal regulations. 564 U.S. 604 (2011). Questions concerning the application of FDA regulations to Defendants' propofol, whether Defendants complied with the same, and whether those regulations are in harmony with state law comprise the essence of Plaintiffs' claims. Accordingly, the core of the Complaint "necessarily raise[s] a stated federal issue, actually disputed and substantial" and is therefore removable as it presents a federal question. *Grable*, 545 U.S. at 314.

24.     Moreover, Defendants are generic manufacturers of propofol and therefore governed by 21 U.S.C. § 355 and 21 C.F.R. § 314. Specifically, a manufacturer that seeks approval of a generic drug, such as Defendants herein, is responsible for ensuring that its warning label is the same as the brand name's. *Mensing*, 564 U.S. at 613 (citing § 355(j)(2)(A)(v); § 355(j)(4)(G); 21 CFR §§ 314.94(a)(8), 314.127(a)(7)). The requirement that a generic manufacturer keep its label identical to the FDA-approved brand drug's label is referred to as the duty of "sameness." *Mensing*, 564 U.S. at 613, 616. This doctrine applies to every portion of Plaintiffs' complained-of conduct, including the labeling, warnings, route of administration, dosage form, and strength. *See* 21 C.F.R. § 314.94(a)(6); 21 U.S.C. § 355(j)(2)(iii). In each case, Defendants were required by federal law to make their generic propofol identical to the brand name version, subject to certain limited exceptions not alleged by Plaintiffs to be at issue here. This is yet another independent reason why the core of the Complaint "necessarily raise[s] a stated federal issue, actually disputed and substantial" and is therefore removable as it presents a federal question. *Grable*, 545 U.S. at 314.

25.     The Complaint also attempts to attack the size of the generic propofol vials sold and distributed by Defendants by inarticulately arguing that Defendants should have simply stopped selling the 50 mL vials. However, the stop-selling theory is extensively discussed and rejected by the U.S. Supreme Court in *Mutual Pharmaceutical Co., Inc. v. Bartlett*, 570 U.S. 472, 488-490

HYMANSON & HYMANSON
8815 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

(2013). In *Bartlett*, the Supreme Court attacked the Court of Appeals reasoning that Mutual could "escape the impossibility of complying with both its federal - and state law duties by 'choos[ing] not to make [sulindac] at all.'" *Id.* at 488 (internal citation omitted). The *Bartlett* Court went on to state, "(t)he incoherence of the stop-selling theory becomes plain when viewed through the lens of our previous cases. In every instance in which the Court has found impossibility pre-emption, the 'direct conflict' between federal – and state-law duties could easily have been avoided if the regulated actor had simply ceased acting." *Id.* The Supreme Court concludes its analysis of the stop selling theory by stating, "(j)ust as the prospect that a regulated actor could avoid liability under both state and federal law by simply leaving the market did not undermine the impossibility analysis in *PLIVA*, so it is irrelevant to our analysis here." *Id.* at 489-490. Again, this is another independent reason why the core of the Complaint "necessarily raise[s] a stated federal issue, actually disputed and substantial" and is therefore removable as it presents a federal question. *Grable*, 545 U.S. at 314.

26.     This Court has "supplemental jurisdiction over all other claims that are so related to the claims in the action within [the Court's] original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As set forth above, Plaintiffs' claims against Defendants are within the Court's original jurisdiction pursuant to 28 U.S.C. § 1331. On an individual, per-Plaintiff basis, all other claims in this action arise out of the same case or controversy in that they seek relief in connection with personal injuries allegedly stemming from the use of propofol. Accordingly, there is supplemental jurisdiction over all other claims in this action.

## FILING OF SERVICE AND REMOVAL OF DOCUMENTS

27.     A copy of the Complaint is attached hereto as Exhibit "A".

28.     A copy of the Plaintiffs' Initial Appearance Fee Disclosure is attached hereto as Exhibit "B".

29.     A copy of the Docket Sheet is attached as Exhibit "C".

30.     Other than the documents attached as Exhibits A-C, no pleadings, process, orders, or other documents in the case have been served or otherwise received by Defendants or, to

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

1    Defendants' knowledge, are presently on file in the State Court.  In the event that such filings come

2    to Defendants' attention, true and legible copies will immediately be filed with this Court.

3        31. Defendants are serving written notification on Plaintiffs' counsel.  Defendants are also

4    filing a Notification of Removal, attaching a copy of this Notice of Removal with the Clerk of the

5    Eighth Judicial District Court, Clark County, State of Nevada.

6        Based on the foregoing, Defendants remove the above-entitled action now pending in the

7    Eighth Judicial District Court, in and for Clark County, Nevada, as Case No. A-18-781820-C, to

8    this Court.

9        DATED this 10th day of December, 2018.

10                           HYMANSON & HYMANSON

11                   BY: _/s/        Philip M. Hymanson_____
                         PHILIP M. HYMANSON, ESQ.
12                       Nevada State Bar No. 2253
                         HENRY JOSEPH HYMANSON, ESQ.
13                       Nevada State Bar No. 14381
                         HYMANSON & HYMANSON
14                       8816 Spanish Ridge Avenue
                         Las Vegas, NV 89148
15                       (702) 629-3300 Telephone
                         (702) 629-3332 Facsimile
16                       Phil@HymansonLawNV.com
                         Hank@HymansonLawNV.com
17
                         *Attorneys for TEVA PARENTERAL MEDICINES,*
18                       *INC., formerly known as SICOR*
                         *PHARMACEUTICALS, INC.; SICOR, Inc.;*
19                       *BAXTER HEALTHCARE CORPORATION;*
                         *McKESSON MEDICAL-SURGICAL INC.*
20

21

22

23

24

25

26

27

28

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629.3300

14

1

**CERTIFICATE OF SERVICE**

2        Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing

3 Procedures, I certify that I am an employee of Hymanson and Hymanson, and that a true and correct

4 copy of the **NOTICE OF REMOVAL** was served via electronic service, via CM/ECF, on the 10th

5 day of December, 2018, and to the address(es) shown below:

6

7 Glen J. Lerner, Esq.
Nevada Bar No. 4314

8 GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive

9 Las Vegas, Nevada 89147
Telephone: (702) 877-1500

10 Facsimile: (702) 307-5762
E-mail: glerner@glenlerner.com

11 Attorneys for Plaintiffs

12

13

14                         *_/s/ Karen Wiehl_*
                        an employee of Hymanson & Hymanson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HYMANSON & HYMANSON
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
702.629-3300

15

EXHIBIT "A"

EXHIBIT "A"

Electronically Filed
9/27/2018 8:04 AM
Steven D. Grierson
CLERK OF THE COURT

1    **COMP**
Glen J. Lerner, Esq.
2    Nevada Bar No. 4314
**GLEN LERNER INJURY ATTORNEYS**
3    4795 South Durango Drive
Las Vegas, Nevada 89147
4    Telephone:  (702) 877-1500
Facsimile:  (702) 307-5762
5    E-mail: glerner@glenlerner.com
Attorneys for Plaintiffs
6
                              DISTRICT COURT
7
                         CLARK COUNTY, NEVADA
8
9    ABADJIAN, SOSSY; ACKERMAN, GLORIA; ADARVE, VIRGINIA;
ADLER, FRANCIS; AGUILAR, CARMEN; AGUILAR, NARCISO
RENE; ALDER, RHEA; ALLEN, GEORGE; ALLSHOUSE,
10   SOCORRO; ALPY, LINDA; ALVAREZ, JOYCE; ANDERSON,
REBECCA L.; ANDREI, EMANUEL; ANTLES, TERRIE;
11   APPLETON-HULTZ, KELLIE; ARCHULETA, ANTHONY;
ARELLANOS, ESTEBAN; ARIAS, RICKIE; ARKENBURG, MARK;
12   ARRIOLA, ROGER; ARTIGA, MARIA; ASBERRY, ROBIN;
BABCOCK, WINIFRED; BACH , ROBERT; BACHAND, SUSAN F.;
13   BAGLEY-TENNER, ELAINE; BAL, MELISSA; BALDRIDGE,
BRYAN; BARBEE, DOROTHY; BARKER, RONALD; BARNCORD,
14   RONALD; BARNES, RUSSELL; BARNHART, PEGGY JO;
BARRALL, MADALYN; BARTLETT, DONALD; BARTLETT,
15   SHERYLE; BAUDOIN, JOSEPH; BAXTER, BARBARA; BEAMON,
VENUS; BEATTY, BARBARA ROBIN; BEHLINGS, RODNEY;
16   BEJARAN, CRISTINA; BENEDETTI, TOMAS; BENFORD, VERNA;
BENKERT, RICHARD; BERGERON , MARSHALL; BERGERON,
17   DONNA; BIVONA, SYLVIA; BLAIR, ROBERT; BLAKELEY,
HARRY; BLANCHARD, DAWN; BLOSS, BONNIE; BOLAR,
18   DARRELL; BOLDEN, ROY; BOLDEN, SARAH; BOLEN, SCOT;
BONILLA, VICTOR; BOONE, JOHN; BORRAYES, GRACIELA;
19   BOWEN, BILLY; BOWERS, SHIRLEY; BOWLES, BRIDGET;
BOYKINS, CATHY; BRADFORD, BRENDA; BRADLEY, SHIRLEY;
20   BRAUER, CARLA; BROWN, CAROLYN; BROWN, JACK; BROWN,
KENNETH; BROWN, LESLIE; BROWN, MICHAEL; BROWN,
21   ROBERTA; BRUNS, AMELIA B.; BURCHARD, CARL L.; BURKS,
TRACI; BURTON, ELIZABETH; BUSTAMANTE- RAMIREZ,
22   ANGELITE; BUSTAMANTE, ANASTASIO; BUSTAMANTE,
MARIO; BUTLER, DOROTHY ANN; CALCATERRA, LEE;
23   CALDERON, ROBERT; CALLAHAN, SHEILA; CAMPBELL,
EVELYN; CAMPOLO, JOHN; CAMPOS, MARIA; CANACARIS,
24   BOONYUEN; CANACARIS, CONSTANTINOS; CAPANDA,
MELISSA; CAPERELL, MARTIN; CARDONA, JAIME; CARDONA,
25   PEDRO; CARNEY, SUSIE; CARPENTER, JOHN; CARR, LESTER;
CARR, TERESA; CARRASCO, BERNARDINO; CARTER, TRUMAN;
26   CASTO, XANDRA; CAUDLE, SPENCE; CAUSEY, MARGARET;
CEBALLOS, XAVIER; CEDENO, ROBERT; CELANO, HELAYNE;
27   CELANO, VINCENT; CENTENO, DINORA; CEPEDA,
GUADALUPE; CHASE, ROY; CHEA, CARIDAD; CHEVEZ, ELSA;
28   CHIGER, MARK; CHILDS, LUCILLE; CIRCLE, DONALD; CLARK,
ALICIA; CLARK, CAROL; CLARK, PATRICIA; COIRO, RICHARD;

CASE NO.:  A-18-781820-C
DEPT NO.:  Department 4

**COMPLAINT**

**ARBITRATION EXEMPT**
[Amount in Controversy Exceeds $50,000]

1

COLLINS, PERCELL     JR.; COMPTON, ROBERT; CONNER, ERNEST; COOK, CLIFF; COREY, SUSAN; CORREA, PATRICIA; COULOMBE, PAUL A.; CRAWFORD, AMBER; CROCKER, RONALD; CROCKETT, PAMELA; CROSS, HOWARD; CROSSLEY, ROSSLYN; DANIELS, WILLIAM R.; DAVIS, EVELYN; DAVIS, MARY JEAN; DAVIS, VIRGINIA A.; DAWSON, JESSIE L.; DELACRUZ, DENISE M.; DELACRUZ, EMELYN; DERAS, SILVIA; DEROSE, GREGORY; DEVINE, SHERIDA; DIAMOND, CLAIRE; DIAZ-PEREZ, JOSE; DIPIETRO, MARK; DIXON, OTIS L.; DOLPIES, EMILIO; DOMINGO, TAMARA; DOMINGUEZ, PAMELA; DOMKOSKI, EUQENA; DONATO, JOSEPH; DONIS, HUGO; DONLEY, PATRICIA L.; DRAGANIC, LJUBICA; DUCK, DELORIS K.; DUHS, KATHLEEN J.; DUNCAN, LILLIAN; DUSYK, HAROLD; DYER, ALLYSON R. JR.; EASLEY, LOIS; ECHEVERRIA, DEISY; EDMOND, DONNEDIA D.; ELAURIA, ROLAND E.; ESCALA, DARIO E.; ESCALA, ENGARCIA B.; ESCALERA, KATHY A.; ESCOBEDO, MARIA. ESPINOSA,TERESA I.; ESPOSITO, ERNEST A.; EVANS, LEON; EVANS, WILLIAM; EVERSOLE, JOHN J.; FAULKNER, MARY; FEINGOLD, ABRAHAM; FEINGOLD, MURIEL; FENNELL, OSCAR; FERGUSON, MARIETTA; FERGUSON, WILLIE; FERRANTE, DANIEL; FICKLIN, CAROLYN; FILBECK, JOE; FINEBERG, ETHEL; FINN, MADELINE C.; FITCH, ALBERT L.; FLORES, ADRIAN; FLORES, MARIA; FOLKENFLIK, RONALD; FOREMASTER, RAUNA; FOSTER, JOSEPH E.; FOSTER, PHYLLIS G.; FRAZIER, CYNTHIA D.; FREEMAN, VICTORIA; FRIEL, LAWRENCE; FRIESEN, BONITA M.; FRILLARTE, NESS; FRISBY, NANCY C.; GAINES, JODI; GALLEGOS, ESPERANZA; GALLEGOS, NEOHMI; GARAY, LUIS; GARCIA, BRENDA; GARCIA, MARTHA; GARDNER, SANDRA; GARVEY, MICHAEL; GASS, LOIS; GELLENS, JEREMY; GEOGHEGAN, MARION; GEORGE, THERESA; GIANNOPOULOS, TINA; GIANNOPOULOS, ARIS; GILBERT, WANDA; GLENN, GREGORY; GOLDEN, JEAN; GOLDEN-LEWIS, TYRA; GOLOB, LUCIANO; GOMEZ; CARRILLO, MARGARITO; GONZALES, PASTOR; GONZALEZ-TORRES, JESUS; GORDY, TJ; GOTLIEB, JEFF; GOUDY, ALLEN; GRAHAM, ANNETTA; GRATTAN, BILL; GRAY, ARNOLD; GRAY, BONNIE; GREEN, DOROTHY; GREEN, TANIA; GREGORICH, ROY; GRESSER, JEFFREY; GRIFFIN, WILLIE; GRIMBLOT, ROBERT; GRIMES, VERNA; GRIMM, CYNTHIA; GRIMM, ROBERT; GRONNA, PATRICK; GUERETTE, CARL; GUEVARA, CANDELARIO; GULLI, NICHOLAS; GUTIERREZ, JULIA; HACHEZ, DENISE F.; HADJES, SUE; HAL, ESTHER I.; HALL, FRANK J.; HALL, TINA; HAMBLIN, CHARDAI C.; HAMILTON, ROBERT JR.; HANCOCK, DEBORAH; HARO, JESSICA M.; HARPER, JOANN; HARRINGTON, ANNA C.; HARRINGTON, MICHAEL S.; HARRIS, DORIS; HARRISON, GLORICE; HARRISON, SHARA; HARRISON-CARTER, PATRICIA; HARSHMAN-TALBERT, BRIANNA S.; HARTLEY, RONALD K.; HARWOOD, ROBERT; HAUGEN-RATTAZZI, LINDA K.; HAYASHI, ESTHER A.; HAYES, SAMUEL; HEIN, SUSETTE A.; HENDERSON-SHEPHERD, NITA; HENNICK, ROY M.; HENSON, JUANITA; HEREDIA, LUCIA; HERNANDEZ, CANDIDO; HERNANDEZ, MARCIAL A.; HERNANDEZ, MARIA; HERROLD, THOMAS; HERRON, LUZ; HILL, SUSAN M.; HINER, ISHEKA; HOARD, ARLENE; HOBBS, BETH; HOLLIS, MICHELLE; HOLMES, JAQUELINE A.; HOOKER, JOSHUA; HOOVER, WILLIE; HOPPINS, PATRICIA; HORVATH,

| | |
|---|---|
| 1 | BELVIA; HORVATH, JAMES; HOSTLER, ANA; HOULE, AUGUSTAVE; HOVIETZ, CARL II; HOWARD, RUTH; HOWELL, |
| 2 | ROBERT E.; HOWFORD, MICHELE; HUEBNER, EDWARD L.; HUGHES, LOVETTE M.; HUNTER, VIRIGINIA M.; HURTADO- |
| 3 | MIGUEL, PATRICIA; HWANG, HO NAN; HYYPPA, ANGELA; IBARRA, JANETTE; INFUSO, JOSEPH; INTERDONATI, FRANK; |
| 4 | IREY, BRIAN; JACKSON, BARRY; JACKSON, CECIL; JACKSON, DORA; JARAMILLO, ROLANDO; JILES, RICHARD; JILES, LETHA; |
| 5 | JOHNSON, CLIFTON; JOHNSON, DORIS; JOHNSON, EUGENE; JOHNSON, JOHNNY; JOHNSON, JOYCE; JOHNSON, WILLIAM; |
| 6 | JONES, ARNOLD; KABADAIAN, ANN; KALETA, ANTHONY K.; KAPOOR, ARUN; KEELER, LINDA J.; KEELING, SHARON; |
| 7 | KELLY, MICHAEL F.; KEYES, RAYANN J.; KIDD , DARRELL; KIM, CONNIE; KIM, SOO-OK; KIM, TAESOOK; KIMBERS, |
| 8 | SONDRA I.; KINDLER, ELIZABETH I.; KING, IRIS L.; KING, LARRY D.; KOCEJA, RAYMOND E.; KOENEN, TRACEY; KOENIG, |
| 9 | JOANNA; KOH, PATRICK; KOPANSKI, MICHAEL; KRACHENFELS, MICHAEL J.; KRAMER, CORINNE M.; KROITOR, |
| 10 | DAVID; KUNIK, OLGA; KUNZIG, KAREN A.; LAFOUNTAIN, ANEITA; LAKE, BARBARA; LAMPMAN, KRYSTAL; LANG, |
| 11 | DARSEL; LARSON, JONATHAN; LAUREL, BERTHA; LAURON, ANGES G.; LAWSON, MARIE; LEBLANC, PHYLLIS; LEEMAN- |
| 12 | ROSS, BETTY J.; LETANG, ARLENE; LEV, JANE; LEWIS, JAMES A.; LIEBSCHUTZ, JOAN; LIM, MINERVA L.; LIMES, DEBRA; |
| 13 | LINDSEY, EDWARD; LINETSKY, SETH; LISTA, EMILIO D.; LITTLE, WILLIAM; LIVINGSTON-STEEL, DOROTHY; LOPEZ, |
| 14 | FELISA; LOPEZ, IRAIDA; LOPEZ, MARTHA; LOPEZ, NOE; LOPEZ, TONEY E.; LOPRESTO, FRANCINE R.; LUCAS, FLORENCE; |
| 15 | LUTHER, DARLENE; LYLES, FRANK L.; MACLEAN, STERPHANIE; MADRID, DEBORAH; MAGILL, LORI; |
| 16 | MAIWAND**, MARWA; MAJOR, DOROTHY J.; MALDONADO, MARGUERITE; MALDONADO, MARIO; MALWITZ, IDA; |
| 17 | MANUEL, AUDREY; MARES, GABRIEL; MAROHL, ROBERT; MARQUEZ, CAROL A.; MARTIGANI, BRENDA; MARTIN LEE, |
| 18 | TERRI L.; MARTIN, LEONARD A.; MARTIN, TERRI L.; MARTINEZ, HUGO; MARTINEZ, JORGE B.; MARTINEZ, JOSE; |
| 19 | MARZULLI, GRACE; MASCARI, MARY LOUISE; MASTRIAN, LUCY; MATTI, FATIN; MAYS, LEROY; MAYS, LISA; MCCALL, |
| 20 | TERRY; MCCALL, VIRGINIA A.; MCCLAIN, LETTA; MCCLINTON, ALFRED; MCCRAY, STELLA; MCDANIEL, |
| 21 | LAURENCE; MCDAVID, JOHN JR.; MCDONALD, DAVID; MCDONNELL, DOLORES; MCGEE, DENISE ANNE; MCKINNEY, |
| 22 | MAE; MCKNIGHT, JANET; MCMILLEN, FRED III; MEACHAM, MYRON; MEJIA, KELLEY; MEKHJIAN, AIDA A.; MELLOR, |
| 23 | CHELSEY L.; MENDOZA, JIGGERSON; MERRELL-CLAPP, SUSAN; MIDDAUGH, JAMES; MILBURN, SYLVIA; MILLER, |
| 24 | CORINNE; MITCHELL, GERALD; MITCHELL, JANICE; MITCHELL, OLIVER; MIZHIRITSKY, MIKHAIL; MOLITOR, KIRK; |
| 25 | MOODY, STEVEN; MOORE, MARY; MORA, JOSE; MORALES, YOLANDA; MORALES; CASTRO, ELIZABETH; |
| 26 | MORCIGLIO,YOLANDA; MORENO, BIVETTA; MORGAN, DAVID; MORGAN, DENISE M.; MORGAN, DOUGLAS; MORGAN, SONIA; |
| 27 | MORICI, ANDREW; MORRIS, BARRY; MORRIS, JAMES; MORRIS, JUANITA E.; MORSE, MICHELE; MORTENSEN, DAN R.; |
| 28 | MOSQUEDA, MIGDALIA; MOTOLA, ANDREA; MUNA, ANNIE; MUNGER, JUDITH A.; MUNGUIA, LUCILA; MURANYI, DIANE; |

3

MURRAY, WILLIE; MUSCARA, DIOSELINA; NAGY, JOSEPH;
NAJARRO, JOSE A.; NAKONECZNY, BONNIE; NANOD, THANG;
NATINGA, ERLINDA; NAVARRO-ORTIZ, MARIA; NELSON,
LEEANNE; NEVINS, DANIEL; NEWELL, LANITA; NOGA, PAUL;
NORLIN, ROSEMARIE; NOVOTNY, RONALEE; NYDEN,
MARSHALL; OBERSHAW, WADE; O'CONNELL, JOSEPH;
O'FARRIL, LUCIO F.; O'HALLORAN, SHAWN; OKU, ANDREW;
OLIVA, DIGNA; O'MARA, JOHN; O'NEAL, NORMA J.; ORCULLO,
LINDA; OROZCO-GALAN, PAULA; PACHECO, ANGELA;
PANKHURST, DENIS; PARATORE, MATT; PARK, ROBERT;
PARKINSON, KATHY; PAZOS, JESUS; PEARCE, MARILYN;
PECCORINI, TERESA; PEDRO, PHYLLIS; PENA, JOSE O.;
PEOPLES, PATRICIA; PERDOMO, DELMY C.; PEREZ, DORA;
PEREZ, LOUISE; PEREZ, LUIS; PEREZ, MARIA; PEREZ,
MERCEDES; PEREZ-ROQUE, AGUSTIN; PERRET, ANDRE;
PERRY, JANET P.; PETERSON, ALAN K.; PHILIP, LOWELL;
PHILIP, MICHELLE; PICARD, CRAIG; PINSKER, DONALD;
PITMAN, JASON B.; PITTMAN, WAYNE; PODROUZEK, JEFF;
POLILLO, ROGER; POLINSKI, RON; PORTER, JUDY;
POURTEYMAUR, MOHAMMED; POWERS, DONNA; POWERS,
EVA; POWERS, JENNIFER; PRICE, DOUGLAS; PRICE, IVOR;
PRIETO, JOSE; PRIETO, LUISA; PRUSSIN, ELY; QUINTERO,
FRANCISCO; QUIROZ, ANTHONY RAY; RABADAN, MARIBEL;
RAGAZZO, MARIO; RAMIREZ , ADRIANA; RAMIREZ, JOHN;
RAMIREZ, RAUL; RANSOM, EDWARD; RAPOSA, ROBERT;
RATTAZZI, DEVIN; REDDING, CANTICE M.; REED, KAREN;
REYES , HELEN; REYES DE MEDINA, CELIA; REYES, GABRIEL;
REYES, MIGUEL; RICE, MICHAEL; ROBERSON, LESTER;
ROBERTS, BARBARA; ROBINSON, CONSTANCE; ROBINSON,
LLOYD H.; ROBY, CONNIE; ROCHESTER, ANTOINETTE;
RODGERS, VICKI; RODGERS, TREVA; RODRIGUEZ, MARIA;
RODRIGUEZ, NENITA; RODRIGUEZ, RICARDO; RODRIGUEZ,
YOLANDA; RODRIGUEZ-RAMIREZ, JOSE; ROGERS, FREEMAN;
ROGGENSEE, CAROLE; ROJAS, SONIA; ROMANO, JOSEPH;
ROSE, JEAN; RUCKEY, GWENDOLYN; RUSSELL, ROSETTA;
SADDLER, DEMETRY; SALAS, JANISANN; SALCEDO, MARIA;
SALGUERO, FRANCISCO; SANDERS, KERRI; SANDERS, LOVIE;
SAUNDERS, PAUL; SAUNDERS, SHERRILYN; SAWYER, DANNY;
SCHILLING, ISA; SCHLAPPI, SHAUN; SCHROEDER, STEPHEN;
SCHULMAN, JEFFREY; SEAY, RAY; SENNESS, SANDRA;
SERGIO, ANTHONY JR.; SFORZA, MAURICE; SHANKLIN,
SYLVIA; SHANKS, JULIE; SHEARER, DOUGLAS; SIMKO,
SANDRA; SIPPLE, MYRTLE; SKINNER, CHARLES; SLATER,
JAMES; SLAUGHTER, JACKLYN; SLAUGHTER, JOHN; SLONE,
JOHN; SMITH, CATHERINE; SMITH, WILBUR; SNYDER, LILA;
SOBIESKI, DOLORES; SOCORRO, MICHELLE; SOMMER,
WAYNE; SOTO, MARIA; SOUSSANA, VIDANA; SPAINHOUR,
JULIE; SPANGLER, JESSICA; SPARKS, PATRICIA; SPEARS,
SANDRA; SPELLMAN, PATRICIA; STANFORD, JEFFREY;
STANKARD, WILLIAM; STANLEY, GINGER; STEWART,
RODNEY; STOKLOSA, WALTER; STROHECKER, LETICIA;
STROMGREN, HAROLD; SUDO, MAFALDA; SWAIN, BARBARA;
TADEO, NORMA; TARNOWISKI , MIRKA; TARNOWSKI,
RYSZARD; TASH, ROXANNE E.; TAYLOR, JILL; THIBEAULT,
JEANNE; TITUS-PILATE, CATHERINE; TOPPLE, RAYMOND;
TORIBIO, DOMINGA; TORRES, YADEL; TOWNSLEY, RITA M.;

4

1  TRAFTON, ROSELYN; TROMELLO, SALVATORE; TROPP,
   PATRICIA A.; TUCKOSH, DOROTHY; TURNER, LUCY; TURNER,
2  TERRY; TUZINSKI, ROBERT; UNRUH, WILLIAM; VALLS, JESUS;
   VALONE, DIANNE; VANCE, GILBERT; VANDERGAAG,
3  HILLEGONDA; VELEY, HENRY; VILLEGAS, STELLA; VIRGIL,
   LOUIS; VITAL-CEDENO, CECILIA; VOLK, COLLEEN; VORGIAS,
4  CHRIST; WADLOW, WILLIAM; WAGNER, BETTY; WALTERS,
   JOHN; WALTON , JASON; WAMPOLE, JANICE; WARD,
5  BARBARA; WARD, GLORIA; WARIS, SANDRA; WATKINS,
   ELIZABETH; WEDDINGTON, LESTER; WEISNER, ARLENE;
6  WHEELER, KATHRYN; WHITE, DEBRA; WHITE, FRANK E.;
   WHITE, SERENE; WHITE, SHARON; WILKINS, BRIDGET;
7  WILLIAMS, ACE K.; WILLIAMS, ANTHONY; WILLIAMS,
   AUBREY; WILLIAMS, CHARLES; WILLIAMS, CHERYL;
8  WILLIAMS, MARY; WILLIAMS, REALINDA; WILLIAMS, WILLIE;
   WILSON, GARY; WILSON, ROBERT; WILT, STEVEN; WINSLOW,
9  ANGELA; WINTEROWD, BEVERLY; WINTERS, BETTY; WOLF,
   JAMES; WORTHY, DEREK, individually,

10
                              Plaintiffs,
11        v.

12  TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR
    PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation;
13  BAXTER HEALTHCARE CORPORATION, a Delaware Corporation;
    McKESSON MEDICAL-SURGICAL INC., a Delaware
14  Corporation,

15                            Defendants.

16                          **COMPLAINT**

17        COME NOW Plaintiffs above-captioned, by and through their attorneys of record, Glen J.

18  Lerner, Esq., of GLEN LERNER INJURY ATTORNEYS, and for their Complaint hereby aver and

19  allege as follows:

20        1.      At all relevant times, Plaintiffs have been adults, competent residents of Clark

21  County, Nevada.

22        2.      Defendant, TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR

23  PHARMACEUTICALS, INC., and SICOR, INC. (hereinafter collectively referred to as "SICOR")

24  are, and were at all relevant times herein, corporations chartered by and existing under and by virtue

25  of the laws of the State of Delaware, with their principal place of business in the State of California

26  and are and were in the business of manufacturing, marketing, distributing, and selling propofol and

27  other medical products utilized by physicians and health care providers in connection with the

28  provision of anesthesia services to patients at the aforementioned Clinics.

                                    5

3.      Defendant, BAXTER HEALTHCARE CORPORATION (hereinafter referred to as "BAXTER") is, and was at all relevant times herein, a corporation chartered by and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in the State of Illinois and is and was in the business of manufacturing, marketing, distributing, and selling propofol and other medical products utilized by physicians and health care providers in connection with the provision of anesthesia services to patients at the aforementioned Clinics.

4.      Upon information and belief, Defendant, McKESSON MEDICAL-SURGICAL INC. (hereinafter referred to as "McKESSON") is, and was at all relevant times herein, a corporation chartered by and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in the State of California and is and was in the business of marketing, distributing, and selling propofol and other medical products utilized by physicians and health care providers in connection with the provision of anesthesia services to patients at the aforementioned Clinics.

5.      That at all times mentioned herein, the product Defendants were the agents, servants and/or employees of each of the other product Defendants, and were acting with permission and consent and within the course and scope of their agency and employment; that all such Defendants were responsible in some manner for the events and happenings referred to herein (either directly or through aiding and abetting, either negligently or intentionally), and proximately caused damages to Plaintiffs in a way that makes these Defendants jointly and severally liable.

6.      At all relevant times, Defendants have been parties to and beneficiaries of a tolling agreement with these Plaintiffs, entered into in this jurisdiction, which has had the effect of tolling the statute of limitations applicable to Plaintiffs claims.

7.      Each of the acts alleged herein occurred in Clark County, Nevada, at an endoscopy center (hereinafter CLINIC) located at 700 Shadow Lane, Clark County, Nevada (or related facilities) which provided anesthesia services in connection with the provision of endoscopy procedures to patients.

8.      At all relevant times (hereinafter understood to be between March 2004 to January 2008), Defendants designed, manufactured labeled, marketed, sold or distributed propofol to the aforementioned CLINIC.

6

9.      At all relevant times, Defendants knew or should have known of practices and procedures at the CLINIC which involved the re-use of injection syringes and anesthesia bottles which created a foreseeable risk of infection/cross-contamination between patients with whom said syringes and anesthesia bottles were shared.

10.      The above-described re-use of injection syringes and anesthesia bottles may not have occurred each and every time an injection was done at the CLINIC, but happened consistently enough during the time that Defendants supplied propofol to justify a mass warning of possible infection sent to all individuals who received an injection at the CLINIC between March 2004 and January 2008, and said warning did in fact occur commencing in approximately February, 2008.

11.      Governmental health officials, health care providers, and representatives of the CLINIC itself recommended that any and all persons who received an injection at the clinic between March of 2004 and January of 2008 get tested for Hepatitis B, Hepatitis C, and HIV, as well as spouses and significant others with whom CLINIC patients may have had sexual contact.

12.      At all relevant times, Plaintiffs each received injections at the CLINIC on one or more occasion, and were thereafter notified or otherwise learned that they were potentially exposed to the risk of infectious disease by reason of the injection practices and procedures used at the CLINIC.

13.      In response to learning that they were potentially exposed to an infectious disease by reason of the practices and procedures at the CLINIC, Plaintiffs obtained the recommended testing and eventually learned that they were infection-free.

14.      According to the Southern Nevada Health District, http://www.cchd.org/hepc-investigation/index.php, patients of these clinics were exposed to a risk of possible exposure to blood-borne pathogens in the following manner:

    a. A syringe (not a needle) that was used to administer medication to a patient was reused on the same patient to draw up additional medication.

    b. The process of redrawing medication using the same syringe could have contaminated the vial from which the medicine was drawn with the blood of the patient.

    c. The vial, which was not labeled for use on multiple patients, was then used for a second patient (with a clean needle and syringe).

d.  If that vial was contaminated with the blood of the first patient, any subsequent patients given medication from that vial could have been exposed to bloodborne pathogens.

15.   On or about February 28, 2008, the Southern Nevada Health District sent Plaintiffs and approximately 60,000 others a letter informing them that they were "placed at risk of possible exposure to bloodborne (sic) pathogens," and that "[a]s a precaution, and in order to take appropriate steps to protect your health, we recommend you get tested for hepatitis C, hepatitis B, and HIV."

16.   Plaintiffs and many others similarly situated (as either CLINIC patients or persons with whom CLINIC patients had sexual contact) reacted to the Southern Nevada Health District's notification of possible infection (or notification through some other means) by getting the recommended testing, and incurred medical bills and other out-of-pocket expense for that testing as a result.

17.   Plaintiffs (and many others) ultimately tested negative for hepatitis C, hepatitis B, and HIV, but each Plaintiff endured emotional distress, anxiety, and fear during the pendency of their test results and for some time after.

18.   Plaintiffs herein have had a tolling agreement in place with Defendants since February 23, 2010.

**FIRST CLAIM FOR RELIEF**
**STRICT PRODUCT LIABILITY**
**(As to Teva/Sicor, Baxter and McKesson Defendants)**

19.   Plaintiffs hereby adopt and incorporate by reference all prior paragraphs as though fully set forth herein.

20.   In 1983, the Annuals of Internal Medicine published an article entitled "Hepatitis B Virus Transmission Associated With A Multiple-Dose Vial In A Hemodialysis Unit" found at Ann.Intern.Med. 1983; 99; 330-3.  Plaintiffs are informed and believe and thereupon allege that the potential for transmission of Hepatitis B or C or HIV from administration of medicine to two or more patients from the same vial has been known since at least 1983.

21.   Propofol (i.e., "Diprivan") was initially approved for marketing on October 2, 1989 for use as an anesthetic in outpatient and inpatient procedures.

8

22.     Plaintiffs are informed and believe and thereupon allege that, following the launch of the original formulation of propofol (i.e., "Diprivan"), that the original manufacturer (i.e., ICI Pharmaceuticals; which later became Zeneca Pharmaceuticals) and the FDA began to receive reports of infections associated with the failure of health care providers in the United States to use appropriate aseptic techniques in the administration of propofol; which reports raised concerns among Zeneca, the FDA and the Centers for Disease Control and Prevention (the "CDC") about propofol multi-dosing and its potential contaminant effect.

23.     On June 29, 1990, the CDC reported in the MMWR (June 29, 1990/39(25); 426, 247, 433 that 48% to 90% of anesthesia personnel were reusing syringes to administer propofol to multiple patients:

24.     Two recent surveys of anesthesia personnel show that aseptic technique and infection control practices are frequently not implemented during administration of anesthesia.   In these surveys, from 48% to 90% of respondents reused syringes to multiple patients.

25.     Plaintiffs are informed and believe and thereupon allege that, between June 1990 and February 1993, the CDC conducted investigations at seven hospitals with unusual outbreaks of infections after surgical procedures using propofol and, focusing on four clusters of post operative infections in four states, the CDC concluded that contamination occurring from propofol administration was caused by mishandling the propofol.

26.     On July 6, 1990, Nancy E. Nazari of Stuart Pharmaceuticals sent a "Dear Doctor" letter to health care professionals regarding propofol (i.e., "Diprivan") discussing, among other things, potential multiple-dose vial contamination.

27.     On February 5, 1991, Nancy E. Nazari of Stuart Pharmaceuticals sent a "DearDoctor" letter to health care professionals regarding propofol (i.e., "Diprivan") discussing, among other things, potential multiple-dose vial contamination.

28.     On July 20, 1995, The New England Journal of Medicine published an article entitled "Postoperative Infections Traced to Contamination of an Intravenous Anesthetic, Propofol" that describes the above-referenced CDC investigation and, in addition, provided in pertinent part that

anesthesia personnel were in fact reusing multi-dose vials on multiple patients despite written recommendations to the contrary:

29.     Despite the written recommendations of professional associations, such as the American Society of Anesthesiologists and the American Association of Nurse Anesthetists, which specifically advocate the use of aseptic techniques during the handling of medications, several authors have reported poor compliance with aseptic techniques and infection-control practices by anesthesia personnel.  Contamination of multi-dose vials, use of a single syringe to administer medication to different patients, assembling infusion equipment far in advance of use, and contamination of syringes and catheters have all been implicated in other outbreaks.  Studies show that reuse of multi-dose vials can cause contamination of the medication in the vials and that contamination can occur during the opening of a glass vial whose surface has not been disinfected.   Injecting medications into intravenous catheters can cause syringes to become contaminated even if the needle is changed, so that using common syringes to administer medication to different patients can transmit infectious agents.

30.     On May 5, 2000, Defendant SICOR (under its then name "GensiaSicor Pharmaceuticals, Inc.") filed a Suitability Petition with the FDA requesting permission to supplement an abbreviated new drug application ("ANDA") for "100mg/10mL, single use vial" of propofol and Defendant SICOR stated that "a smaller vial size is safer in that it may reduce the temptation for dosing multiple patients from a single container thereby reducing opportunities for microbial contamination."

31.     On September 17, 2001, Defendant SICOR (under its then name "GensiaSicor Pharmaceuticals, Inc.") filed a Suitability Petition with the FDA requesting permission to submit an abbreviated new drug application ("ANDA") for 2000mg/200mL vials of propofol.  On or about December 17, 2001, the FDA rejected such petition; observing that 20 mL was the propofol "dose commonly used for propofol induction of anesthesia" and the FDA stated that larger doses "could make multi-dosing much more tempting and, hence, more likely."

32.     Plaintiffs are informed and believe and thereupon allege that, in or about 2002, 12 patients contracted Hepatitis C at a Manhattan physician's endoscopy center caused by medication drawn through multi-use vials.

33.     Plaintiffs are informed and believe and thereupon allege that, in or about 2002, 38 patients contracted Hepatitis C at a Manhattan pain clinic caused by medication drawn through multi-use vials.

34.     In 2003, the World Health Organization reported that single-dose vials should be used and that "the use of multi-dose vials has been reported to be a potential source of infections in 19 studies."  Bulletin of the World Health Organization 2003, 81 (7), entitled "Best infection control practices for intradermal, subcutaneous, and intramuscular needle injections." One of the 19 studies referenced involved hepatitis caused by "preparation of multi-dose heparin", which heparin is another Baxter product.  (See Oren, "A common-source outbreak of fulminant Hepatitis B in a hospital." Annals of Internal Medicine 1989; 110:691-8).

35.     In June 2007, the FDA issued an alert that referenced reports of "several clusters of patients who have developed fever, chills, and body aches shortly after receiving propofol from 7 different facilities in 4 different states," and stated that the same propofol vial was used on multiple patients:  "To date, all affected patients received propofol for sedation in gastrointestinal suites. Some facilities where the propofol was administered used propofol vials, intended only for single-patient use, for more than one patient."

36.     Plaintiffs are informed and believe and thereupon allege that, because of the hepatitis outbreaks in New York described above, the New York State Health Commissioner; Dr. Richard Daines, and the New York City Health Commissioner; Dr. Thomas Frieden, have called for an outright ban on multi-dose vials.

37.     Multiple use of propofol by endoscopy surgery centers on more than one patient was a foreseeable misuse of propofol vials.

38.     Defendants SICOR, BAXTER, and McKESSON knew or should have known that the smaller vial sizes were safer for endoscopy surgery centers given the amount of propofol typically used by such centers and the economic allure to such centers to use instead of discarding remaining

1  propofol in a larger vial.  As set forth above, Defendant SICOR expressly stated that "a smaller vial

2  size is safer in that it may reduce the temptation for dosing multiple patients from a single container

3  thereby reducing opportunities for microbial contamination." (Emphasis added).

4       39.    Plaintiffs are informed and believe and thereupon allege that Defendants SICOR,

5  BAXTER, and McKESSON knew of incidents prior to the shipment of the propofol used in this case

6  wherein a surgery center reportedly used propofol on more than one patient.

7       40.    At the time the propofol was shipped, propofol in larger vial sizes was unreasonably

8  dangerous for use in an endoscopy surgery center, that is dangerous to any extent beyond that which

9  would be contemplated by the ordinary and prudent patient using such product, considering the

10  characteristics of the product (including, but not limited to, the much smaller propofol dosage

11  normally required for one patient undergoing colonoscopy or endoscopy surgery), its propensities,

12  risks (including not limited to the potential for transmitting infectious disease such as Hepatitis B or C

13  or HIV if propofol from the same vial was used on multiple patients), its dangers and uses.

14       41.    As a direct and proximate result of the tortious conduct of Defendants SICOR,

15  BAXTER, and McKESSON alleged herein, Plaintiffs have incurred special damages in the form of

16  medical expense as well as emotional distress, anxiety, and fear during the pendency of their test

17  results and for some time after, all to their damage in an amount in excess of Ten Thousand Dollars

18  ($10,000.00) and the Fifteen Thousand Dollar ($15,000.00) minimum necessary to invoke this

19  Court's jurisdiction.

20  **SECOND CLAIM FOR RELIEF**
**BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE**
21  **(As to Teva/Sicor, Baxter, McKesson Defendants)**

22       42.    Plaintiffs hereby adopt and incorporate by reference all prior paragraphs as though

23  fully set forth herein.

24       43.    In March 1999, Defendant Sicor gave Defendant Baxter the exclusive right to market

25  propofol manufactured by Defendant Sicor in the United States.  The agreement between Defendant

26  Sicor and Defendant Baxter extended through January 1, 2009.

27

28

44.     Plaintiffs are informed and believe and thereupon allege that propofol provided by the Product Defect Defendants was used to provide anesthetic for patients and procedures at the Defendant Clinics during the relevant time period.

45.     At the time that the Product Defect Defendants manufactured, distributed, marketed, and sold propofol in 50 ml bottles to the Defendant Centers, Defendants Sicor, Baxter, and/or McKesson knew that the propofol was being used or potentially was being used in an endoscopy surgery center, and impliedly warranted that the propofol as manufactured and produced was safe and fit for the purpose for which the product was intended and or for all foreseeable use and misuse that may occur at a high volume endoscopy center, including aseptic practices of multi-dosing patients from the same bottle.

46.     Plaintiffs reasonably relied upon the skill and judgment of Product Defect Defendants as to whether the propofol as packaged and sold was safe and fit for all its intended and foreseeable uses as anesthesia in an endoscopy surgery center.

47.     Contrary to such implied warranty, the larger propofol vials as packaged were not safe or fit for their intended use as anesthesia in an endoscopy center, and were and are unreasonably dangerous and unfit for use as anesthesia in a high-volume endoscopy surgery center because of the foreseeable misuse of treating patients from the same larger propofol vial.

48.     As a direct and proximate result of the tortious conduct of Defendants SICOR, BAXTER, and McKESSON alleged herein, Plaintiffs have incurred special damages in the form of medical expense as well as emotional distress, anxiety, and fear during the pendency of their test results and for some time after, all to their damage in an amount in excess of Ten Thousand Dollars ($10,000.00) and the Fifteen Thousand Dollar ($15,000.00) minimum necessary to invoke this Court's jurisdiction.

### THIRD CLAIM FOR RELIEF
### NEGLIGENCE
**(As to Teva/Sicor, Baxter and McKesson Defendants)**

49.     Plaintiffs hereby incorporate by reference all prior paragraphs as though fully set forth herein.

50.     At all times mentioned herein, Defendants knew, or in the exercise of reasonable care should have known, that packaging, marketing, and distributing propofol to high turnover ambulatory clinics, such as the Defendant Clinics, in 50 ml vials, was of such a nature that it was likely to encourage or facilitate multi-dosing (use of one vial on multiple patients), which in turn is/was likely to injure the persons to whom it was given.

51.     Defendants owed a duty to Plaintiffs to distribute, market, and package the propofol in safe single use vials that are not conducive to multi-dosing.

52.     As a result of Defendants negligent packaging, marketing, and distribution, Defendants breached their duty to Plaintiffs by failing to protect Plaintiffs from foreseeable harm, resulting in the subject Clinics use of the vials of propofol on multiple patients and Plaintiffs' corresponding risk of exposure to infectious diseases.

53.     As a direct and proximate result of the tortious conduct of Defendants SICOR, BAXTER, and McKESSON alleged herein, Plaintiffs have incurred special damages in the form of medical expense as well as emotional distress, anxiety, and fear during the pendency of their test results and for some time after, all to their damage in an amount in excess of Ten Thousand Dollars ($10,000.00), and the Fifteen Thousand Dollar ($15,000.00) minimum necessary to invoke this Court's jurisdiction.

**FOURTH CLAIM FOR RELIEF**
**VIOLATION OF NEVADA DECEPTIVE TRADE PRACTICES ACT**
**(As to Teva/Sicor, Baxter and McKesson Defendants)**

54.     Plaintiffs incorporate by reference each and every preceding paragraph as though fully set forth herein, and further allege:

55.     The acts of all Defendants described herein also constitute violations of Nevada's Deceptive Trade Practices Act, as codified in NRS Chapter 598, in that Defendants:

a.  Knowingly made a false representation as to the characteristics, ingredients, uses, benefits, alterations or quantities of goods or services for sale or lease [NRS 598.0915(5)];

b.  Represented that goods or services for sale or lease were of a particular standard, quality or grade, or that such goods were of a particular style or model, where they knew or should have known that they were of another standard, quality, grade, style or model [NRS 598.0915(7)];

14

      c.   Knowingly made other false representations in a transaction affecting Plaintiffs Rader and others similarly-situated [NRS 598.0915(15)];

      d.   Failed to disclose a material fact in connection with the sale or lease of goods or services [NRS 598.0923(2)].

56.    As a direct and proximate result of the tortious conduct of Defendants SICOR, BAXTER, and McKESSON alleged herein, Plaintiffs have incurred special damages in the form of medical expense as well as emotional distress, anxiety, and fear during the pendency of their test results and for some time after, all to their damage in an amount in excess of Ten Thousand Dollars ($10,000.00), and the Fifteen Thousand Dollar ($15,000.00) minimum necessary to invoke this Court's jurisdiction.

**FIFTH CLAIM FOR RELIEF**
**PUNITIVE DAMAGES**
**(As to Teva/Sicor, Baxter and McKesson Defendants)**

57.    Plaintiffs incorporate by reference each and every preceding paragraph as though fully set forth herein.

58.    The conduct of Defendants TEVA/SICOR, BAXTER, and McKESSON in manufacturing, distributing, marketing and/or selling propofol in larger vials to endoscopy surgery centers was willful, reckless, malicious and in total disregard to the health and safety of the patients or, alternatively, was in conscious and deliberate disregard of known safety procedures, thereby justifying an award of punitive damages.

59.    Defendants' acts as described herein constitute oppression, fraud or malice (express or implied) as those terms are defined in NRS 42.001, warranting the imposition of punitive damages upon them as permitted under NRS 42.005 and NRS 598.0977, for the sake of example and by way of punishing the Defendants.

60.    Plaintiffs herein have had to retain counsel and incur costs by reason of Defendants' tortious conduct alleged herein.

WHEREFORE, Plaintiffs pray for Judgment against the Defendants, and each of them jointly and severally, as follows:

    1.   General damages in excess of $15,000.00 per Plaintiff;

    2.   Special damages according to proof;

15

1       3.  Punitive or exemplary damages according to proof;

2       4.  Attorneys' fees;

3       5.  Costs of suit incurred herein; and

4       6.  For such other and further relief as the Court may deem just and proper.

GLEN LERNER INJURY ATTORNEYS


By:   */s/ Glen J. Lerner*
      Glen J. Lerner, Esq.
      Nevada Bar No. 4314
      4795 South Durango Drive
      Las Vegas, NV  89147
      Attorneys for Plaintiffs

EXHIBIT "B"

EXHIBIT "B"

Electronically Filed
9/27/2018 8:04 AM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
Glen J. Lerner, Esq.
Nevada Bar No. 4314
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 877-1500
Facsimile:  (702) 933-7043
E-mail: glerner@glenlerner.com
Attorneys for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

ABADJIAN, SOSSY; ACKERMAN, GLORIA; ADARVE, VIRGINIA; ADLER, FRANCIS; AGUILAR, CARMEN; AGUILAR, NARCISO RENE; ALDER, RHEA; ALLEN, GEORGE; ALLSHOUSE, SOCORRO; ALPY, LINDA; ALVAREZ, JOYCE; ANDERSON, REBECCA L.; ANDREI, EMANUEL; ANTLES, TERRIE; APPLETON-HULTZ, KELLIE; ARCHULETA, ANTHONY; ARELLANOS, ESTEBAN; ARIAS, RICKIE; ARKENBURG, MARK; ARRIOLA, ROGER; ARTIGA, MARIA; ASBERRY, ROBIN; BABCOCK, WINIFRED; BACH , SUSAN F.; BAGLEY-TENNER, ELAINE, BAL, MELISSA; BALDRIDGE, BRYAN; BARBEE, DOROTHY; BARKER, RONALD; BARNCORD, RONALD; BARNES, RUSSELL; BARNHART, PEGGY JO; BARRALL, MADALYN; BARTLETT, DONALD; BARTLETT, SHERYLE; BAUDOIN, JOSEPH; BAXTER, BARBARA; BEAMON, VENUS; BEATTY, BARBARA ROBIN; BEHLINGS, RODNEY; BEJARAN, CRISTINA; BENEDETTI, TOMAS; BENFORD, VERNA; BENKERT, RICHARD; BERGERON , MARSHALL; BERGERON, DONNA; BIVONA, SYLVIA; BLAIR, ROBERT; BLAKELEY, HARRY; BLANCHARD, DAWN; BLOSS, BONNIE; BOLAR, DARRELL; BOLDEN, ROY; BOLDEN, SARAH; BOLEN, SCOT; BONILLA, VICTOR; BOONE, JOHN; BORRAYES, GRACIELA; BOWEN, BILLY; BOWERS, SHIRLEY; BOWLES, BRIDGET; BOYKINS, CATHY; BRADFORD, BRENDA; BRADLEY, SHIRLEY; BRAUER, CARLA; BROWN, CAROLYN; BROWN, JACK; BROWN, KENNETH; BROWN, LESLIE; BROWN, MICHAEL; BROWN, ROBERTA; BRUNS, AMELIA B.; BURCHARD, CARL L.; BURKS, TRACI; BURTON, ELIZABETH; BUSTAMANTE- RAMIREZ, ANGELITE; BUSTAMANTE, ANASTASIO; BUSTAMANTE, MARIO; BUTLER, DOROTHY ANN; CALCATERRA, LEE; CALDERON, ROBERT; CALLAHAN, SHEILA; CAMPBELL, EVELYN; CAMPOLO, JOHN; CAMPOS, MARIA; CANACARIS BOONYUEN; CANACARIS, CONSTANTINOS; CAPANDA, MELISSA; CAPERELL, MARTIN; CARDONA, JAIME; CARDONA, PEDRO; CARNEY, SUSIE; CARPENTER, JOHN; CARR, LESTER; CARR, TERESA; CARRASCO, BERNARDINO; CARTER, TRUMAN; CASTO, XANDRA; CAUDLE, SPENCE; CAUSEY, MARGARET; CEBALLOS, XAVIER; CEDENO, ROBERT; CELANO, HELAYNE; CELANO, VINCENT; CENTENO, DINORA; CEPEDA, GUADALUPE; CHASE, ROY; CHEA, CARIDAD; CHEVEZ, ELSA; CHIGER, MARK; CHILDS, LUCILLE; CIRCLE, DONALD; CLARK, ALICIA; CLARK, CAROL; CLARK, PATRICIA; COIRO, RICHARD;

CASE NO.:  A-18-781820-C
DEPT NO.:
                Department 4

**INITIAL APPEARANCE FEE DISCLOSURE**

1

COLLINS, PERCELL     JR.; COMPTON, ROBERT; CONNER,
ERNEST; COOK, CLIFF; COREY, SUSAN; CORREA, PATRICIA;
COULOMBE, PAUL A.; CRAWFORD, AMBER; CROCKER,
RONALD; CROCKETT, PAMELA; CROSS, HOWARD; CROSSLEY,
ROSSLYN; DANIELS, WILLIAM R.; DAVIS, EVELYN; DAVIS,
MARY JEAN; DAVIS, VIRGINIA A.; DAWSON, JESSIE L.;
DELACRUZ, DENISE M.; DELACRUZ, EMELYN; DERAS, SILVIA;
DEROSE, GREGORY; DEVINE, SHERIDA; DIAMOND, CLAIRE;
DIAZ-PEREZ, JOSE; DIPIETRO, MARK; DIXON, OTIS L.; DOLPIES,
EMILIO;   DOMINGO,   TAMARA;   DOMINGUEZ,   PAMELA;
DOMKOSKI, EUQENA; DONATO, JOSEPH; DONIS, HUGO;
DONLEY, PATRICIA L.; DRAGANIC, LJUBICA; DUCK, DELORIS
K.; DUHS, KATHLEEN J.; DUNCAN, LILLIAN; DUSYK, HAROLD;
DYER, ALLYSON R. JR.; EASLEY, LOIS; ECHEVERRIA, DEISY;
EDMOND, DONNEDIA D.; ELAURIA, ROLAND E.; ESCALA,
DARIO E.; ESCALA, ENGARCIA B.; ESCALERA, KATHY A.;
ESCOBEDO, MARIA. ESPINOSA,TERESA I.; ESPOSITO, ERNEST
A.; EVANS, LEON; EVANS, WILLIAM; EVERSOLE, JOHN J.;
FAULKNER,   MARY;   FEINGOLD,   ABRAHAM;   FEINGOLD,
MURIEL;   FENNELL,   OSCAR;   FERGUSON,   MARIETTA;
FERGUSON, WILLIE; FERRANTE, DANIEL; FICKLIN, CAROLYN;
FILBECK, JOE; FINEBERG,  ETHEL; FINN, MADELINE C.; FITCH,
ALBERT L.; FLORES, ADRIAN; FLORES, MARIA; FOLKENFLIK,
RONALD; FOREMASTER, RAUNA; FOSTER, JOSEPH E.; FOSTER,
PHYLLIS G.; FRAZIER, CYNTHIA D.; FREEMAN, VICTORIA;
FRIEL, LAWRENCE; FRIESEN, BONITA M.; FRILLARTE, NESS;
FRISBY, NANCY C.; GAINES, JODI; GALLEGOS, ESPERANZA;
GALLEGOS,   NEOHMI;   GARAY,   LUIS;   GARCIA,   BRENDA;
GARCIA, MARTHA; GARDNER, SANDRA; GARVEY, MICHAEL;
GASS,   LOIS;   GELLENS,   JEREMY;   GEOGHEGAN,   MARION;
GEORGE, THERESA; GIANNOPOULOS, TINA; GIANNOPOULOS,
ARIS; GILBERT, WANDA; GLENN, GREGORY; GOLDEN, JEAN;
GOLDEN-LEWIS, TYRA; GOLOB, LUCIANO; GOMEZ; CARRILLO,
MARGARITO;   GONZALES,   PASTOR;   GONZALEZ-TORRES,
JESUS; GORDY, TJ; GOTLIEB, JEFF; GOUDY, ALLEN; GRAHAM,
ANNETTA; GRATTAN, BILL; GRAY, ARNOLD; GRAY, BONNIE;
GREEN,  DOROTHY;  GREEN,  TANIA;  GREGORICH,  ROY;
GRESSER, JEFFREY; GRIFFIN, WILLIE; GRIMBLOT, ROBERT;
GRIMES,  VERNA;  GRIMM,  CYNTHIA;  GRIMM,  ROBERT;
GRONNA,    PATRICK;    GUERETTE,    CARL;    GUEVARA,
CANDELARIO;   GULLI,   NICHOLAS;   GUTIERREZ,   JULIA;
HACHEZ, DENISE F.; HADJES, SUE; HAL, ESTHER I.; HALL,
FRANK J.; HALL, TINA; HAMBLIN, CHARDAI C.; HAMILTON,
ROBERT JR.; HANCOCK, DEBORAH; HARO, JESSICA M.;
HARPER, JOANN; HARRINGTON, ANNA C.; HARRINGTON,
MICHAEL S.; HARRIS, DORIS; HARRISON, GLORICE; HARRISON,
SHARA;    HARRISON-CARTER,    PATRICIA;    HARSHMAN-
TALBERT, BRIANNA S.; HARTLEY, RONALD K.; HARWOOD,
ROBERT; HAUGEN-RATTAZZI, LINDA K.; HAYASHI, ESTHER A.;
HAYES, SAMUEL; HEIN, SUSETTE A.; HENDERSON-SHEPHERD,
NITA; HENNICK, ROY M.; HENSON, JUANITA; HEREDIA, LUCIA;
HERNANDEZ,   CANDIDO;   HERNANDEZ,   MARCIAL       A.;
HERNANDEZ, MARIA; HERROLD, THOMAS; HERRON, LUZ;
HILL, SUSAN M.; HINER, ISHEKA; HOARD, ARLENE; HOBBS,
BETH; HOLLIS, MICHELLE; HOLMES, JAQUELINE A.; HOOKER,
JOSHUA; HOOVER, WILLIE; HOPPINS, PATRICIA; HORVATH,

BELVIA; HORVATH, JAMES; HOSTLER, ANA; HOULE, AUGUSTAVE; HOVIETZ, CARL II; HOWARD, RUTH; HOWELL, ROBERT E.; HOWFORD, MICHELE; HUEBNER, EDWARD L.; HUGHES, LOVETTE M.; HUNTER, VIRIGINIA M.; HURTADO-MIGUEL, PATRICIA; HWANG, HO NAN; HYYPPA, ANGELA; IBARRA, JANETTE; INFUSO, JOSEPH; INTERDONATI, FRANK; IREY, BRIAN; JACKSON, BARRY; JACKSON, CECIL; JACKSON, DORA; JARAMILLO, ROLANDO; JILES, RICHARD; JILES, LETHA; JOHNSON, CLIFTON; JOHNSON, DORIS; JOHNSON, EUGENE; JOHNSON, JOHNNY; JOHNSON, JOYCE; JOHNSON, WILLIAM; JONES, ARNOLD; KABADAIAN, ANN; KALETA, ANTHONY K.; KAPOOR, ARUN; KEELER, LINDA J.; KEELING, SHARON; KELLY, MICHAEL F.; KEYES, RAYANN J.; KIDD , DARRELL; KIM, CONNIE; KIM, SOO-OK; KIM, TAESOOK; KIMBERS, SONDRA I.; KINDLER, ELIZABETH I.; KING, IRIS L.; KING, LARRY D.; KOCEJA, RAYMOND E.; KOENEN, TRACEY; KOENIG, JOANNA; KOH, PATRICK; KOPANSKI, MICHAEL; KRACHENFELS, MICHAEL J.; KRAMER, CORINNE M.; KROITOR, DAVID; KUNIK, OLGA; KUNZIG, KAREN A.; LAFOUNTAIN, ANEITA; LAKE, BARBARA; LAMPMAN, KRYSTAL; LANG, DARSEL; LARSON, JONATHAN; LAUREL, BERTHA; LAURON, ANGES G.; LAWSON, MARIE; LEBLANC, PHYLLIS; LEEMAN-ROSS, BETTY J.; LETANG, ARLENE; LEV, JANE; LEWIS, JAMES A.; LIEBSCHUTZ, JOAN; LIM, MINERVA L.; LIMES, DEBRA; LINDSEY, EDWARD; LINETSKY, SETH; LISTA, EMILIO D.; LITTLE, WILLIAM; LIVINGSTON-STEEL, DOROTHY; LOPEZ, FELISA; LOPEZ, IRAIDA; LOPEZ, MARTHA; LOPEZ, NOE; LOPEZ, TONEY E.; LOPRESTO, FRANCINE R.; LUCAS, FLORENCE; LUTHER, DARLENE; LYLES, FRANK L.; MACLEAN, STERPHANIE; MADRID, DEBORAH; MAGILL, LORI; MAIWAND**, MARWA; MAJOR, DOROTHY J.; MALDONADO, MARGUERITE; MALDONADO, MARIO; MALWITZ, IDA; MANUEL, AUDREY; MARES, GABRIEL; MAROHL, ROBERT; MARQUEZ, CAROL A.; MARTIGANI, BRENDA; MARTIN LEE, TERRI L.; MARTIN, LEONARD A.; MARTIN, TERRI L.; MARTINEZ, HUGO; MARTINEZ, JORGE B.; MARTINEZ, JOSE; MARZULLI, GRACE; MASCARI, MARY LOUISE; MASTRIAN, LUCY; MATTI, FATIN; MAYS, LEROY; MAYS, LISA; MCCALL, TERRY; MCCALL, VIRGINIA A.; MCCLAIN, LETTA; MCCLINTON, ALFRED; MCCRAY, STELLA; MCDANIEL, LAURENCE; MCDAVID, JOHN JR.; MCDONALD, DAVID; MCDONNELL, DOLORES; MCGEE, DENISE ANNE; MCKINNEY, MAE; MCKNIGHT, JANET; MCMILLEN, FRED III; MEACHAM, MYRON; MEJIA, KELLEY; MEKHJIAN, AIDA A.; MELLOR, CHELSEY L.; MENDOZA, JIGGERSON; MERRELL-CLAPP, SUSAN; MIDDAUGH, JAMES; MILBURN, SYLVIA; MILLER, CORINNE; MITCHELL, GERALD; MITCHELL, JANICE; MITCHELL, OLIVER; MIZHIRITSKY, MIKHAIL; MOLITOR, KIRK; MOODY, STEVEN; MOORE, MARY; MORA, JOSE; MORALES, YOLANDA; MORALES; CASTRO, ELIZABETH; MORCIGLIO,YOLANDA; MORENO, BIVETTA; MORGAN, DAVID; MORGAN, DENISE M.; MORGAN, DOUGLAS; MORGAN, SONIA; MORICI, ANDREW; MORRIS, BARRY; MORRIS, JAMES; MORRIS, JUANITA E.; MORSE, MICHELE; MORTENSEN, DAN R.; MOSQUEDA, MIGDALIA; MOTOLA, ANDREA; MUNA, ANNIE; MUNGER, JUDITH A.; MUNGUIA, LUCILA; MURANYI, DIANE;

MURRAY, WILLIE; MUSCARA, DIOSELINA; NAGY, JOSEPH; NAJARRO, JOSE A.; NAKONECZNY, BONNIE; NANOD, THANG; NATINGA, ERLINDA; NAVARRO-ORTIZ, MARIA; NELSON, LEEANNE; NEVINS, DANIEL; NEWELL, LANITA; NOGA, PAUL; NORLIN, ROSEMARIE; NOVOTNY, RONALEE; NYDEN, MARSHALL; OBERSHAW, WADE; O'CONNELL, JOSEPH; O'FARRIL, LUCIO F.; O'HALLORAN, SHAWN; OKU, ANDREW; OLIVA, DIGNA; O'MARA, JOHN; O'NEAL, NORMA J.; ORCULLO, LINDA; OROZCO-GALAN, PAULA; PACHECO, ANGELA; PANKHURST, DENIS; PARATORE, MATT; PARK, ROBERT; PARKINSON, KATHY; PAZOS, JESUS; PEARCE, MARILYN; PECCORINI, TERESA; PEDRO, PHYLLIS; PENA, JOSE O.; PEOPLES, PATRICIA; PERDOMO, DELMY C.; PEREZ, DORA; PEREZ, LOUISE; PEREZ, LUIS; PEREZ, MARIA; PEREZ, MERCEDES; PEREZ-ROQUE, AGUSTIN; PERRET, ANDRE; PERRY, JANET P.; PETERSON, ALAN K.; PHILIP, LOWELL; PHILIP, MICHELLE; PICARD, CRAIG; PINSKER, DONALD; PITMAN, JASON B.; PITTMAN, WAYNE; PODROUZEK, JEFF; POLILLO, ROGER; POLINSKI, RON; PORTER, JUDY; POURTEYMAUR, MOHAMMED; POWERS, DONNA; POWERS, EVA; POWERS, JENNIFER; PRICE, DOUGLAS; PRICE, IVOR; PRIETO, JOSE; PRIETO, LUISA; PRUSSIN, ELY; QUINTERO, FRANCISCO; QUIROZ, ANTHONY RAY; RABADAN, MARIBEL; RAGAZZO, MARIO; RAMIREZ , ADRIANA; RAMIREZ, JOHN; RAMIREZ, RAUL; RANSOM, EDWARD; RAPOSA, ROBERT; RATTAZZI, DEVIN; REDDING, CANTICE M.; REED, KAREN; REYES , HELEN; REYES DE MEDINA, CELIA; REYES, GABRIEL; REYES, MIGUEL; RICE, MICHAEL; ROBERSON, LESTER; ROBERTS, BARBARA; ROBINSON, CONSTANCE; ROBINSON, LLOYD H.; ROBY, CONNIE; ROCHESTER, ANTOINETTE; RODGERS, VICKI; RODGERS, TREVA; RODRIGUEZ, MARIA; RODRIGUEZ, NENITA; RODRIGUEZ, RICARDO; RODRIGUEZ, YOLANDA; RODRIGUEZ-RAMIREZ, JOSE; ROGERS, FREEMAN; ROGGENSEE, CAROLE; ROJAS, SONIA; ROMANO, JOSEPH; ROSE, JEAN; RUCKEY, GWENDOLYN; RUSSELL, ROSETTA; SADDLER, DEMETRY; SALAS, JANISANN; SALCEDO, MARIA; SALGUERO, FRANCISCO; SANDERS, KERRI; SANDERS, LOVIE; SAUNDERS, PAUL; SAUNDERS, SHERRILYN; SAWYER, DANNY; SCHILLING, ISA; SCHLAPPI, SHAUN; SCHROEDER, STEPHEN; SCHULMAN, JEFFREY; SEAY, RAY; SENNESS, SANDRA; SERGIO, ANTHONY JR.; SFORZA, MAURICE; SHANKLIN, SYLVIA; SHANKS, JULIE; SHEARER, DOUGLAS; SIMKO, SANDRA; SIPPLE, MYRTLE; SKINNER, CHARLES; SLATER, JAMES; SLAUGHTER, JACKLYN; SLAUGHTER, JOHN; SLONE, JOHN; SMITH, CATHERINE; SMITH, WILBUR; SNYDER, LILA; SOBIESKI, DOLORES; SOCORRO, MICHELLE; SOMMER, WAYNE; SOTO, MARIA; SOUSSANA, VIDANA; SPAINHOUR, JULIE; SPANGLER, JESSICA; SPARKS, PATRICIA; SPARKS, SANDRA; SPELLMAN, PATRICIA; STANFORD, JEFFREY; STANKARD, WILLIAM; STANLEY, GINGER; STEWART, RODNEY; STOKLOSA, WALTER; STROHECKER, LETICIA; STROMGREN, HAROLD; SUDO, MAFALDA; SWAIN, BARBARA; TADEO, NORMA; TARNOWISKI , MIRKA; TARNOWSKI, RYSZARD; TASH, ROXANNE E.; TAYLOR, JILL; THIBEAULT, JEANNE; TITUS-PILATE, CATHERINE; TOPPLE, RAYMOND; TORIBIO, DOMINGA; TORRES, YADEL; TOWNSLEY, RITA M.;

TRAFTON, ROSELYN; TROMELLO, SALVATORE; TROPP, PATRICIA A.; TUCKOSH, DOROTHY; TURNER, LUCY; TURNER, TERRY; TUZINSKI, ROBERT; UNRUH, WILLIAM; VALLS, JESUS; VALONE, DIANNE; VANCE, GILBERT; VANDERGAAG, HILLEGONDA; VELEY, HENRY; VILLEGAS, STELLA; VIRGIL, LOUIS; VITAL-CEDENO, CECILIA; VOLK, COLLEEN; VORGIAS, CHRIST; WADLOW, WILLIAM; WAGNER, BETTY; WALTERS, JOHN; WALTON , JASON; WAMPOLE, JANICE; WARD, BARBARA; WARD, GLORIA; WARIS, SANDRA; WATKINS, ELIZABETH; WEDDINGTON, LESTER; WEISNER, ARLENE; WHEELER, KATHRYN; WHITE, DEBRA; WHITE, FRANK E.; WHITE, SERENE; WHITE, SHARON; WILKINS, BRIDGET; WILLIAMS, ACE K.; WILLIAMS, ANTHONY; WILLIAMS, AUBREY; WILLIAMS, CHARLES; WILLIAMS, CHERYL; WILLIAMS, MARY; WILLIAMS, REALINDA; WILLIAMS, WILLIE; WILSON, GARY; WILSON, ROBERT; WILT, STEVEN; WINSLOW, ANGELA; WINTEROWD, BEVERLY; WINTERS, BETTY; WOLF, JAMES; WORTHY, DEREK, individually,

Plaintiffs,

v.

TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware Corporation; McKESSON MEDICAL-SURGICAL INC., a Delaware Corporation,

Defendants.

## INITIAL APPEARANCE FEE DISCLOSURE
### (NRS CHAPTER 19)

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above entitled action as indicated below:

| | |
|---|---|
| ABADJIAN, SOSSY | $270.00 |
| ACKERMAN, GLORIA | $ 30.00 |
| ADARVE, VIRGINIA | $ 30.00 |
| ADLER, FRANCIS | $ 30.00 |
| AGUILAR, CARMEN | $ 30.00 |
| AGUILAR, NARCISO RENE | $ 30.00 |
| ALDER, RHEA | $ 30.00 |
| ALLEN, GEORGE | $ 30.00 |
| ALLSHOUSE, SOCORRO | $ 30.00 |
| ALPY, LINDA | $ 30.00 |
| ALVAREZ, JOYCE | $ 30.00 |
| ANDERSON, REBECCA L. | $ 30.00 |
| ANDREI, EMANUEL | $ 30.00 |
| ANTLES, TERRIE | $ 30.00 |

5

| | |
|---|---|
| APPLETON-HULTZ, KELLIE | $ 30.00 |
| ARCHULETA, ANTHONY | $ 30.00 |
| ARELLANOS, ESTEBAN | $ 30.00 |
| ARIAS, RICKIE | $ 30.00 |
| ARKENBURG, MARK | $ 30.00 |
| ARRIOLA, ROGER | $ 30.00 |
| ARTIGA, MARIA | $ 30.00 |
| ASBERRY, ROBIN | $ 30.00 |
| BABCOCK, WINIFRED | $ 30.00 |
| BACH, ROBERT | $ 30.00 |
| BACHAND, SUSAN F. | $ 30.00 |
| BAGLEY-TENNER, ELAINE | $ 30.00 |
| BAL, MELISSA | $ 30.00 |
| BALDRIDGE, BRYAN | $ 30.00 |
| BARBEE, DOROTHY | $ 30.00 |
| BARKER, RONALD | $ 30.00 |
| BARNCORD, RONALD | $ 30.00 |
| BARNES, RUSSELL | $ 30.00 |
| BARNHART, PEGGY JO | $ 30.00 |
| BARRALL, MADALYN | $ 30.00 |
| BARTLETT, DONALD | $ 30.00 |
| BARTLETT, SHERYLE | $ 30.00 |
| BAUDOIN, JOSEPH | $ 30.00 |
| BAXTER, BARBARA | $ 30.00 |
| BEAMON, VENUS | $ 30.00 |
| BEATTY, BARBARA ROBIN | $ 30.00 |
| BEHLINGS, RODNEY | $ 30.00 |
| BEJARAN, CRISTINA | $ 30.00 |
| BENEDETTI, TOMAS | $ 30.00 |
| BENFORD, VERNA | $ 30.00 |
| BENKERT, RICHARD | $ 30.00 |
| BERGERON, MARSHALL | $ 30.00 |
| BERGERON, DONNA | $ 30.00 |
| BIVONA, SYLVIA | $ 30.00 |
| BLAIR, ROBERT | $ 30.00 |
| BLAKELEY, HARRY | $ 30.00 |
| BLANCHARD, DAWN | $ 30.00 |
| BLOSS, BONNIE | $ 30.00 |
| BOLAR, DARRELL | $ 30.00 |
| BOLDEN, ROY | $ 30.00 |
| BOLDEN, SARAH | $ 30.00 |
| BOLEN, SCOT | $ 30.00 |
| BONILLA, VICTOR | $ 30.00 |
| BOONE, JOHN | $ 30.00 |
| BORRAYES, GRACIELA | $ 30.00 |
| BOWEN, BILLY | $ 30.00 |
| BOWERS, SHIRLEY | $ 30.00 |
| BOWLES, BRIDGET | $ 30.00 |

| | |
|---|---|
| BOYKINS, CATHY | $  30.00 |
| BRADFORD, BRENDA | $  30.00 |
| BRADLEY, SHIRLEY | $  30.00 |
| BRAUER, CARLA | $  30.00 |
| BROWN, CAROLYN | $  30.00 |
| BROWN, JACK | $  30.00 |
| BROWN, KENNETH | $  30.00 |
| BROWN, LESLIE | $  30.00 |
| BROWN, MICHAEL | $  30.00 |
| BROWN, ROBERTA | $  30.00 |
| BRUNS, AMELIA B. | $  30.00 |
| BURCHARD, CARL L. | $  30.00 |
| BURKS, TRACI | $  30.00 |
| BURTON, ELIZABETH | $  30.00 |
| BUSTAMANTE- RAMIREZ, ANGELITE | $  30.00 |
| BUSTAMANTE, ANASTASIO | $  30.00 |
| BUSTAMANTE, MARIO | $  30.00 |
| BUTLER, DOROTHY ANN | $  30.00 |
| CALCATERRA, LEE | $  30.00 |
| CALDERON, ROBERT | $  30.00 |
| CALLAHAN, SHEILA | $  30.00 |
| CAMPBELL, EVELYN | $  30.00 |
| CAMPOLO, JOHN | $  30.00 |
| CAMPOS, MARIA | $  30.00 |
| CANACARIS, BOONYUEN | $  30.00 |
| CANACARIS, CONSTANTINOS | $  30.00 |
| CAPANDA, MELISSA | $  30.00 |
| CAPERELL, MARTIN | $  30.00 |
| CARDONA, JAIME | $  30.00 |
| CARDONA, PEDRO | $  30.00 |
| CARNEY, SUSIE | $  30.00 |
| CARPENTER, JOHN | $  30.00 |
| CARR, LESTER | $  30.00 |
| CARR, TERESA | $  30.00 |
| CARRASCO, BERNARDINO | $  30.00 |
| CARTER, TRUMAN | $  30.00 |
| CASTO, XANDRA | $  30.00 |
| CAUDLE, SPENCE | $  30.00 |
| CAUSEY, MARGARET | $  30.00 |
| CEBALLOS, XAVIER | $  30.00 |
| CEDENO, ROBERT | $  30.00 |
| CELANO, HELAYNE | $  30.00 |
| CELANO, VINCENT | $  30.00 |
| CENTENO, DINORA | $  30.00 |
| CEPEDA, GUADALUPE | $  30.00 |
| CHASE, ROY | $  30.00 |
| CHEA, CARIDAD | $  30.00 |
| CHEVEZ, ELSA | $  30.00 |

| | |
|---|---|
| CHIGER, MARK | $ 30.00 |
| CHILDS, LUCILLE | $ 30.00 |
| CIRCLE, DONALD | $ 30.00 |
| CLARK, ALICIA | $ 30.00 |
| CLARK, CAROL | $ 30.00 |
| CLARK, PATRICIA | $ 30.00 |
| COIRO, RICHARD | $ 30.00 |
| COLLINS, PERCELL JR. | $ 30.00 |
| COMPTON, ROBERT | $ 30.00 |
| CONNER, ERNEST | $ 30.00 |
| COOK, CLIFF | $ 30.00 |
| COREY, SUSAN | $ 30.00 |
| CORREA, PATRICIA | $ 30.00 |
| COULOMBE, PAUL A. | $ 30.00 |
| CRAWFORD, AMBER | $ 30.00 |
| CROCKER, RONALD | $ 30.00 |
| CROCKETT, PAMELA | $ 30.00 |
| CROSS, HOWARD | $ 30.00 |
| CROSSLEY, ROSSLYN | $ 30.00 |
| DANIELS, WILLIAM R. | $ 30.00 |
| DAVIS, EVELYN | $ 30.00 |
| DAVIS, MARY JEAN | $ 30.00 |
| DAVIS, VIRGINIA A. | $ 30.00 |
| DAWSON, JESSIE L. | $ 30.00 |
| DELACRUZ, DENISE M | $ 30.00 |
| DELACRUZ, EMELYN | $ 30.00 |
| DERAS, SILVIA | $ 30.00 |
| DEROSE, GREGORY | $ 30.00 |
| DEVINE, SHERIDA | $ 30.00 |
| DIAMOND, CLAIRE | $ 30.00 |
| DIAZ-PEREZ, JOSE | $ 30.00 |
| DIPIETRO, MARK | $ 30.00 |
| DIXON, OTIS L. | $ 30.00 |
| DOLPIES, EMILIO | $ 30.00 |
| DOMINGO, TAMARA | $ 30.00 |
| DOMINGUEZ, PAMELA | $ 30.00 |
| DOMKOSKI, EUQENA | $ 30.00 |
| DONATO, JOSEPH | $ 30.00 |
| DONIS, HUGO | $ 30.00 |
| DONLEY, PATRICIA L. | $ 30.00 |
| DRAGANIC, LJUBICA | $ 30.00 |
| DUCK, DELORIS K. | $ 30.00 |
| DUHS, KATHLEEN J. | $ 30.00 |
| DUNCAN, LILLIAN | $ 30.00 |
| DUSYK, HAROLD | $ 30.00 |
| DYER, ALLYSON R. JR. | $ 30.00 |
| EASLEY, LOIS | $ 30.00 |
| ECHEVERRIA, DEISY | $ 30.00 |

| | |
|---|---|
| EDMOND, DONNEDIA D. | $ 30.00 |
| ELAURIA, ROLAND E. | $ 30.00 |
| ESCALA, DARIO E. | $ 30.00 |
| ESCALA, ENGARCIA B. | $ 30.00 |
| ESCALERA, KATHY A. | $ 30.00 |
| ESCOBEDO, MARIA | $ 30.00 |
| ESPINOSA, TERESA I. | $ 30.00 |
| ESPOSITO, ERNEST A. | $ 30.00 |
| EVANS, LEON | $ 30.00 |
| EVANS, WILLIAM | $ 30.00 |
| EVERSOLE, JOHN J. | $ 30.00 |
| FAULKNER, MARY | $ 30.00 |
| FEINGOLD, ABRAHAM | $ 30.00 |
| FEINGOLD, MURIEL | $ 30.00 |
| FENNELL, OSCAR | $ 30.00 |
| FERGUSON, MARIETTA | $ 30.00 |
| FERGUSON, WILLIE | $ 30.00 |
| FERRANTE, DANIEL | $ 30.00 |
| FICKLIN, CAROLYN | $ 30.00 |
| FILBECK, JOE | $ 30.00 |
| FINEBERG, ETHEL | $ 30.00 |
| FINN, MADELINE C. | $ 30.00 |
| FITCH, ALBERT L | $ 30.00 |
| FLORES, ADRIAN | $ 30.00 |
| FLORES, MARIA | $ 30.00 |
| FOLKENFLIK, RONALD | $ 30.00 |
| FOREMASTER, RAUNA | $ 30.00 |
| FOSTER, JOSEPH E | $ 30.00 |
| FOSTER, PHYLLIS G. | $ 30.00 |
| FRAZIER, CYNTHIA D. | $ 30.00 |
| FREEMAN, VICTORIA | $ 30.00 |
| FRIEL, LAWRENCE | $ 30.00 |
| FRIESEN, BONITA M. | $ 30.00 |
| FRILLARTE, NESS | $ 30.00 |
| FRISBY, NANCY C. | $ 30.00 |
| GAINES, JODI | $ 30.00 |
| GALLEGOS, ESPERANZA | $ 30.00 |
| GALLEGOS, NEOHMI | $ 30.00 |
| GARAY, LUIS | $ 30.00 |
| GARCIA, BRENDA | $ 30.00 |
| GARCIA, MARTHA | $ 30.00 |
| GARDNER, SANDRA | $ 30.00 |
| GARVEY, MICHAEL | $ 30.00 |
| GASS, LOIS | $ 30.00 |
| GELLENS, JEREMY | $ 30.00 |
| GEOGHEGAN, MARION | $ 30.00 |
| GEORGE, THERESA | $ 30.00 |
| GIANNOPOULOS, TINA | $ 30.00 |

9

| | |
|---|---|
| GIANNOPOULOS, ARIS | $ 30.00 |
| GILBERT, WANDA | $ 30.00 |
| GLENN, GREGORY | $ 30.00 |
| GOLDEN, JEAN | $ 30.00 |
| GOLDEN-LEWIS, TYRA | $ 30.00 |
| GOLOB, LUCIANO | $ 30.00 |
| GOMEZ-CARRILLO, MARGARITO | $ 30.00 |
| GONZALES, PASTOR | $ 30.00 |
| GONZALEZ-TORRES, JESUS | $ 30.00 |
| GORDY, TJ | $ 30.00 |
| GOTLIEB, JEFF | $ 30.00 |
| GOUDY, ALLEN | $ 30.00 |
| GRAHAM, ANNETTA | $ 30.00 |
| GRATTAN, BILL | $ 30.00 |
| GRAY, ARNOLD | $ 30.00 |
| GRAY, BONNIE | $ 30.00 |
| GREEN, DOROTHY | $ 30.00 |
| GREEN, TANIA | $ 30.00 |
| GREGORICH, ROY | $ 30.00 |
| GRESSER, JEFFREY | $ 30.00 |
| GRIFFIN, WILLIE | $ 30.00 |
| GRIMBLOT, ROBERT | $ 30.00 |
| GRIMES, VERNA | $ 30.00 |
| GRIMM, CYNTHIA | $ 30.00 |
| GRIMM, ROBERT | $ 30.00 |
| GRONNA, PATRICK | $ 30.00 |
| GUERETTE, CARL | $ 30.00 |
| GUEVARA, CANDELARIO | $ 30.00 |
| GULLI, NICHOLAS | $ 30.00 |
| GUTIERREZ, JULIA | $ 30.00 |
| HACHEZ, DENISE F | $ 30.00 |
| HADJES, SUE | $ 30.00 |
| HAL, ESTHER I | $ 30.00 |
| HALL, FRANK J | $ 30.00 |
| HALL, TINA | $ 30.00 |
| HAMBLIN, CHARDAI C. | $ 30.00 |
| HAMILTON, ROBERT JR. | $ 30.00 |
| HANCOCK, DEBORAH | $ 30.00 |
| HARO, JESSICA M. | $ 30.00 |
| HARPER, JOANN | $ 30.00 |
| HARRINGTON, ANNA C. | $ 30.00 |
| HARRINGTON, MICHAEL S. | $ 30.00 |
| HARRIS, DORIS | $ 30.00 |
| HARRISON, GLORICE | $ 30.00 |
| HARRISON, SHARA | $ 30.00 |
| HARRISON-CARTER, PATRICIA | $ 30.00 |
| HARSHMAN-TALBERT, BRIANNA S. | $ 30.00 |
| HARTLEY, RONALD K | $ 30.00 |

| | |
|---|---|
| HARWOOD, ROBERT | $ 30.00 |
| HAUGEN-RATTAZZI, LINDA K | $ 30.00 |
| HAYASHI, ESTHER A | $ 30.00 |
| HAYES, SAMUEL | $ 30.00 |
| HEIN, SUSETTE A | $ 30.00 |
| HENDERSON-SHEPHERD, NITA | $ 30.00 |
| HENNICK, ROY M | $ 30.00 |
| HENSON, JUANITA | $ 30.00 |
| HEREDIA, LUCIA | $ 30.00 |
| HERNANDEZ, CANDIDO | $ 30.00 |
| HERNANDEZ, MARCIAL A. | $ 30.00 |
| HERNANDEZ, MARIA | $ 30.00 |
| HERROLD, THOMAS | $ 30.00 |
| HERRON, LUZ | $ 30.00 |
| HILL, SUSAN M. | $ 30.00 |
| HINER, ISHEKA | $ 30.00 |
| HOARD, ARLENE | $ 30.00 |
| HOBBS, BETH | $ 30.00 |
| HOLLIS, MICHELLE | $ 30.00 |
| HOLMES, JAQUELINE A | $ 30.00 |
| HOOKER, JOSHUA | $ 30.00 |
| HOOVER, WILLIE | $ 30.00 |
| HOPPINS, PATRICIA | $ 30.00 |
| HORVATH, BELVIA | $ 30.00 |
| HORVATH, JAMES | $ 30.00 |
| HOSTLER, ANA | $ 30.00 |
| HOULE, AUGUSTAVE | $ 30.00 |
| HOVIETZ, CARL II | $ 30.00 |
| HOWARD, RUTH | $ 30.00 |
| HOWELL, ROBERT E | $ 30.00 |
| HOWFORD, MICHELE | $ 30.00 |
| HUEBNER, EDWARD L. | $ 30.00 |
| HUGHES, LOVETTE M | $ 30.00 |
| HUNTER, VIRIGINIA M | $ 30.00 |
| HURTADO-MIGUEL, PATRICIA | $ 30.00 |
| HWANG, HO NAN | $ 30.00 |
| HYYPPA, ANGELA | $ 30.00 |
| IBARRA, JANETTE | $ 30.00 |
| INFUSO, JOSEPH | $ 30.00 |
| INTERDONATI, FRANK | $ 30.00 |
| IREY, BRIAN | $ 30.00 |
| JACKSON, BARRY | $ 30.00 |
| JACKSON, CECIL | $ 30.00 |
| JACKSON, DORA | $ 30.00 |
| JARAMILLO, ROLANDO | $ 30.00 |
| JILES, RICHARD | $ 30.00 |
| JILES, LETHA | $ 30.00 |
| JOHNSON, CLIFTON | $ 30.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JOHNSON, DORIS | $ 30.00 |
| JOHNSON, EUGENE | $ 30.00 |
| JOHNSON, JOHNNY | $ 30.00 |
| JOHNSON, JOYCE | $ 30.00 |
| JOHNSON, WILLIAM | $ 30.00 |
| JONES, ARNOLD | $ 30.00 |
| KABADAIAN, ANN | $ 30.00 |
| KALETA, ANTHONY K. | $ 30.00 |
| KAPOOR, ARUN | $ 30.00 |
| KEELER, LINDA J. | $ 30.00 |
| KEELING, SHARON | $ 30.00 |
| KELLY, MICHAEL F. | $ 30.00 |
| KEYES, RAYANN J | $ 30.00 |
| KIDD, DARRELL | $ 30.00 |
| KIM, CONNIE | $ 30.00 |
| KIM, SOO-OK | $ 30.00 |
| KIM, TAESOOK | $ 30.00 |
| KIMBERS, SONDRA I. | $ 30.00 |
| KINDLER, ELIZABETH I | $ 30.00 |
| KING, IRIS L | $ 30.00 |
| KING, LARRY D. | $ 30.00 |
| KOCEJA, RAYMOND E | $ 30.00 |
| KOENEN, TRACEY | $ 30.00 |
| KOENIG, JOANNA | $ 30.00 |
| KOH, PATRICK | $ 30.00 |
| KOPANSKI, MICHAEL | $ 30.00 |
| KRACHENFELS, MICHAEL J. | $ 30.00 |
| KRAMER, CORINNE M. | $ 30.00 |
| KROITOR, DAVID | $ 30.00 |
| KUNIK, OLGA | $ 30.00 |
| KUNZIG, KAREN A. | $ 30.00 |
| LAFOUNTAIN, ANEITA | $ 30.00 |
| LAKE, BARBARA | $ 30.00 |
| LAMPMAN, KRYSTAL | $ 30.00 |
| LANG, DARSEL | $ 30.00 |
| LARSON, JONATHAN | $ 30.00 |
| LAUREL, BERTHA | $ 30.00 |
| LAURON, ANGES G. | $ 30.00 |
| LAWSON, MARIE | $ 30.00 |
| LEBLANC, PHYLLIS | $ 30.00 |
| LEEMAN-ROSS, BETTY J. | $ 30.00 |
| LETANG, ARLENE | $ 30.00 |
| LEV, JANE | $ 30.00 |
| LEWIS, JAMES A. | $ 30.00 |
| LIEBSCHUTZ, JOAN | $ 30.00 |
| LIM, MINERVA L. | $ 30.00 |
| LIMES, DEBRA | $ 30.00 |
| LINDSEY, EDWARD | $ 30.00 |

| | |
|---|---|
| LINETSKY, SETH | $ 30.00 |
| LISTA, EMILIO D. | $ 30.00 |
| LITTLE, WILLIAM | $ 30.00 |
| LIVINGSTON-STEEL, DOROTHY | $ 30.00 |
| LOPEZ, FELISA | $ 30.00 |
| LOPEZ, IRAIDA | $ 30.00 |
| LOPEZ, MARTHA | $ 30.00 |
| LOPEZ, NOE | $ 30.00 |
| LOPEZ, TONEY E. | $ 30.00 |
| LOPRESTO, FRANCINE R. | $ 30.00 |
| LUCAS, FLORENCE | $ 30.00 |
| LUTHER, DARLENE | $ 30.00 |
| LYLES, FRANK L. | $ 30.00 |
| MACLEAN, STERPHANIE | $ 30.00 |
| MADRID, DEBORAH | $ 30.00 |
| MAGILL, LORI | $ 30.00 |
| MAIWAND**, MARWA | $ 30.00 |
| MAJOR, DOROTHY J. | $ 30.00 |
| MALDONADO, MARGUERITE | $ 30.00 |
| MALDONADO, MARIO | $ 30.00 |
| MALWITZ, IDA | $ 30.00 |
| MANUEL, AUDREY | $ 30.00 |
| MARES, GABRIEL | $ 30.00 |
| MAROHL, ROBERT | $ 30.00 |
| MARQUEZ, CAROL A. | $ 30.00 |
| MARTIGANI, BRENDA | $ 30.00 |
| MARTIN LEE, TERRI L. | $ 30.00 |
| MARTIN, LEONARD A. | $ 30.00 |
| MARTIN, TERRI L. | $ 30.00 |
| MARTINEZ, HUGO | $ 30.00 |
| MARTINEZ, JORGE B. | $ 30.00 |
| MARTINEZ, JOSE | $ 30.00 |
| MARZULLI, GRACE | $ 30.00 |
| MASCARI, MARY LOUISE | $ 30.00 |
| MASTRIAN, LUCY | $ 30.00 |
| MATTI, FATIN | $ 30.00 |
| MAYS, LEROY | $ 30.00 |
| MAYS, LISA | $ 30.00 |
| MCCALL, TERRY | $ 30.00 |
| MCCALL, VIRGINIA A. | $ 30.00 |
| MCCLAIN, LETTA | $ 30.00 |
| MCCLINTON, ALFRED | $ 30.00 |
| MCCRAY, STELLA | $ 30.00 |
| MCDANIEL, LAURENCE | $ 30.00 |
| MCDAVID, JOHN JR. | $ 30.00 |
| MCDONALD, DAVID | $ 30.00 |
| MCDONNELL, DOLORES | $ 30.00 |
| MCGEE, DENISE ANNE | $ 30.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MCKINNEY, MAE | $  30.00 |
| MCKNIGHT, JANET | $  30.00 |
| MCMILLEN, FRED III | $  30.00 |
| MEACHAM, MYRON | $  30.00 |
| MEJIA, KELLEY | $  30.00 |
| MEKHJIAN, AIDA A. | $  30.00 |
| MELLOR, CHELSEY L | $  30.00 |
| MENDOZA, JIGGERSON | $  30.00 |
| MERRELL-CLAPP, SUSAN | $  30.00 |
| MIDDAUGH, JAMES | $  30.00 |
| MILBURN, SYLVIA | $  30.00 |
| MILLER, CORINNE | $  30.00 |
| MITCHELL, GERALD | $  30.00 |
| MITCHELL, JANICE | $  30.00 |
| MITCHELL, OLIVER | $  30.00 |
| MIZHIRITSKY, MIKHAIL | $  30.00 |
| MOLITOR, KIRK | $  30.00 |
| MOODY, STEVEN | $  30.00 |
| MOORE, MARY | $  30.00 |
| MORA, JOSE | $  30.00 |
| MORALES, YOLANDA | $  30.00 |
| MORALES-CASTRO, ELIZABETH | $  30.00 |
| MORCIGLIO, YOLANDA | $  30.00 |
| MORENO, BIVETTA | $  30.00 |
| MORGAN, DAVID | $  30.00 |
| MORGAN, DENISE M | $  30.00 |
| MORGAN, DOUGLAS | $  30.00 |
| MORGAN, SONIA | $  30.00 |
| MORICI, ANDREW | $  30.00 |
| MORRIS, BARRY | $  30.00 |
| MORRIS, JAMES | $  30.00 |
| MORRIS, JUANITA E. | $  30.00 |
| MORSE, MICHELE | $  30.00 |
| MORTENSEN, DAN R | $  30.00 |
| MOSQUEDA, MIGDALIA | $  30.00 |
| MOTOLA, ANDREA | $  30.00 |
| MUNA, ANNIE | $  30.00 |
| MUNGER, JUDITH A. | $  30.00 |
| MUNGUIA, LUCILA | $  30.00 |
| MURANYI, DIANE | $  30.00 |
| MURRAY, WILLIE | $  30.00 |
| MUSCARA, DIOSELINA | $  30.00 |
| NAGY, JOSEPH | $  30.00 |
| NAJARRO, JOSE A. | $  30.00 |
| NAKONECZNY, BONNIE | $  30.00 |
| NANOD, THANG | $  30.00 |
| NATINGA, ERLINDA | $  30.00 |
| NAVARRO-ORTIZ, MARIA | $  30.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| NELSON, LEEANNE | $ 30.00 |
| NEVINS, DANIEL | $ 30.00 |
| NEWELL, LANITA | $ 30.00 |
| NOGA, PAUL | $ 30.00 |
| NORLIN, ROSEMARIE | $ 30.00 |
| NOVOTNY, RONALEE | $ 30.00 |
| NYDEN, MARSHALL | $ 30.00 |
| OBERSHAW, WADE | $ 30.00 |
| O'CONNELL, JOSEPH | $ 30.00 |
| O'FARRIL, LUCIO F. | $ 30.00 |
| O'HALLORAN, SHAWN | $ 30.00 |
| OKU, ANDREW | $ 30.00 |
| OLIVA, DIGNA | $ 30.00 |
| O'MARA, JOHN | $ 30.00 |
| O'NEAL, NORMA J. | $ 30.00 |
| ORCULLO, LINDA | $ 30.00 |
| OROZCO-GALAN, PAULA | $ 30.00 |
| PACHECO, ANGELA | $ 30.00 |
| PANKHURST, DENIS | $ 30.00 |
| PARATORE, MATT | $ 30.00 |
| PARK, ROBERT | $ 30.00 |
| PARKINSON, KATHY | $ 30.00 |
| PAZOS, JESUS | $ 30.00 |
| PEARCE, MARILYN | $ 30.00 |
| PECCORINI, TERESA | $ 30.00 |
| PEDRO, PHYLLIS | $ 30.00 |
| PENA, JOSE O. | $ 30.00 |
| PEOPLES, PATRICIA | $ 30.00 |
| PERDOMO, DELMY C. | $ 30.00 |
| PEREZ, DORA | $ 30.00 |
| PEREZ, LOUISE | $ 30.00 |
| PEREZ, LUIS | $ 30.00 |
| PEREZ, MARIA | $ 30.00 |
| PEREZ, MERCEDES | $ 30.00 |
| PEREZ-ROQUE, AGUSTIN | $ 30.00 |
| PERRET, ANDRE | $ 30.00 |
| PERRY, JANET P. | $ 30.00 |
| PETERSON, ALAN K | $ 30.00 |
| PHILIP, LOWELL | $ 30.00 |
| PHILIP, MICHELLE | $ 30.00 |
| PICARD, CRAIG | $ 30.00 |
| PINSKER, DONALD | $ 30.00 |
| PITMAN, JASON B. | $ 30.00 |
| PITTMAN, WAYNE | $ 30.00 |
| PODROUZEK, JEFF | $ 30.00 |
| POLILLO, ROGER | $ 30.00 |
| POLINSKI, RON | $ 30.00 |
| PORTER, JUDY | $ 30.00 |

| | | |
|---|---|---|
| 1 | POURTEYMAUR, MOHAMMED | $ 30.00 |
| | POWERS, DONNA | $ 30.00 |
| 2 | POWERS, EVA | $ 30.00 |
| | POWERS, JENNIFER | $ 30.00 |
| 3 | PRICE, DOUGLAS | $ 30.00 |
| 4 | PRICE, IVOR | $ 30.00 |
| | PRIETO, JOSE | $ 30.00 |
| 5 | PRIETO, LUISA | $ 30.00 |
| | PRUSSIN, ELY | $ 30.00 |
| 6 | QUINTERO, FRANCISCO | $ 30.00 |
| 7 | QUIROZ, ANTHONY RAY | $ 30.00 |
| | RABADAN, MARIBEL | $ 30.00 |
| 8 | RAGAZZO, MARIO | $ 30.00 |
| | RAMIREZ, ADRIANA | $ 30.00 |
| 9 | RAMIREZ, JOHN | $ 30.00 |
| | RAMIREZ, RAUL | $ 30.00 |
| 10 | RANSOM, EDWARD | $ 30.00 |
| 11 | RAPOSA, ROBERT | $ 30.00 |
| | RATTAZZI, DEVIN | $ 30.00 |
| 12 | REDDING, CANTICE M. | $ 30.00 |
| | REED, KAREN | $ 30.00 |
| 13 | REYES, HELEN | $ 30.00 |
| | REYES DE MEDINA, CELIA | $ 30.00 |
| 14 | REYES, GABRIEL | $ 30.00 |
| 15 | REYES, MIGUEL | $ 30.00 |
| | RICE, MICHAEL | $ 30.00 |
| 16 | ROBERSON, LESTER | $ 30.00 |
| | ROBERTS, BARBARA | $ 30.00 |
| 17 | ROBINSON, CONSTANCE | $ 30.00 |
| | ROBINSON, LLOYD H. | $ 30.00 |
| 18 | ROBY, CONNIE | $ 30.00 |
| 19 | ROCHESTER, ANTOINETTE | $ 30.00 |
| | RODGER, VICKI | $ 30.00 |
| 20 | RODGERS, TREVA | $ 30.00 |
| | RODRIGUEZ, MARIA | $ 30.00 |
| 21 | RODRIGUEZ, NENITA | $ 30.00 |
| 22 | RODRIGUEZ, RICARDO | $ 30.00 |
| | RODRIGUEZ, YOLANDA | $ 30.00 |
| 23 | RODRIGUEZ-RAMIREZ, JOSE | $ 30.00 |
| | ROGERS, FREEMAN | $ 30.00 |
| 24 | ROGGENSEE, CAROLE | $ 30.00 |
| | ROJAS, SONIA | $ 30.00 |
| 25 | ROMANO, JOSEPH | $ 30.00 |
| 26 | ROSE, JEAN | $ 30.00 |
| | RUCKEY, GWENDOLYN | $ 30.00 |
| 27 | RUSSELL, ROSETTA | $ 30.00 |
| | SADDLER, DEMETRY | $ 30.00 |
| 28 | SALAS, JANISANN | $ 30.00 |

| | | |
|---|---|---|
| SALCEDO, MARIA | $ | 30.00 |
| SALGUERO, FRANCISCO | $ | 30.00 |
| SANDERS, KERRI | $ | 30.00 |
| SANDERS, LOVIE | $ | 30.00 |
| SAUNDERS, PAUL | $ | 30.00 |
| SAUNDERS, SHERRILYN | $ | 30.00 |
| SAWYER, DANNY | $ | 30.00 |
| SCHILLING, ISA | $ | 30.00 |
| SCHLAPPI, SHAUN | $ | 30.00 |
| SCHROEDER, STEPHEN | $ | 30.00 |
| SCHULMAN, JEFFREY | $ | 30.00 |
| SEAY, RAY | $ | 30.00 |
| SENNESS, SANDRA | $ | 30.00 |
| SERGIO, ANTHONY JR. | $ | 30.00 |
| SFORZA, MAURICE | $ | 30.00 |
| SHANKLIN, SYLVIA | $ | 30.00 |
| SHANKS, JULIE | $ | 30.00 |
| SHEARER, DOUGLAS | $ | 30.00 |
| SIMKO, SANDRA | $ | 30.00 |
| SIPPLE, MYRTLE | $ | 30.00 |
| SKINNER, CHARLES | $ | 30.00 |
| SLATER, JAMES | $ | 30.00 |
| SLAUGHTER, JACKLYN | $ | 30.00 |
| SLAUGHTER, JOHN | $ | 30.00 |
| SLONE, JOHN | $ | 30.00 |
| SMITH, CATHERINE | $ | 30.00 |
| SMITH, WILBUR | $ | 30.00 |
| SNYDER, LILA | $ | 30.00 |
| SOBIESKI, DOLORES | $ | 30.00 |
| SOCORRO, MICHELLE | $ | 30.00 |
| SOMMER, WAYNE | $ | 30.00 |
| SOTO, MARIA | $ | 30.00 |
| SOUSSANA, VIDANA | $ | 30.00 |
| SPAINHOUR, JULIE | $ | 30.00 |
| SPANGLER, JESSICA | $ | 30.00 |
| SPARKS, PATRICIA | $ | 30.00 |
| SPARKS, SANDRA | $ | 30.00 |
| SPELLMAN, PATRICIA | $ | 30.00 |
| STANFORD, JEFFREY | $ | 30.00 |
| STANKARD, WILLIAM | $ | 30.00 |
| STANLEY, GINGER | $ | 30.00 |
| STEWART, RODNEY | $ | 30.00 |
| STOKLOSA, WALTER | $ | 30.00 |
| STROHECKER, LETICIA | $ | 30.00 |
| STROMGREN, HAROLD | $ | 30.00 |
| SUDO, MAFALDA | $ | 30.00 |
| SWAIN, BARBARA | $ | 30.00 |
| TADEO, NORMA | $ | 30.00 |

| | |
|---|---|
| TARNOWISKI, MIRKA | $ 30.00 |
| TARNOWSKI, RYSZARD | $ 30.00 |
| TASH, ROXANNE E. | $ 30.00 |
| TAYLOR, JILL | $ 30.00 |
| THIBEAULT, JEANNE | $ 30.00 |
| TITUS-PILATE, CATHERINE | $ 30.00 |
| TOPPLE, RAYMOND | $ 30.00 |
| TORIBIO, DOMINGA | $ 30.00 |
| TORRES, YADEL | $ 30.00 |
| TOWNSLEY, RITA M. | $ 30.00 |
| TRAFTON, ROSELYN | $ 30.00 |
| TROMELLO, SALVATORE | $ 30.00 |
| TROP, PATRICIA A. | $ 30.00 |
| TUCKOSH, DOROTHY | $ 30.00 |
| TURNER, LUCY | $ 30.00 |
| TURNER, TERRY | $ 30.00 |
| TUZINSKI, ROBERT | $ 30.00 |
| UNRUH, WILLIAM | $ 30.00 |
| VALLS, JESUS | $ 30.00 |
| VALONE, DIANNE | $ 30.00 |
| VANCE, GILBERT | $ 30.00 |
| VANDERGAAG, HILLEGONDA | $ 30.00 |
| VELEY, HENRY | $ 30.00 |
| VILLEGAS, STELLA | $ 30.00 |
| VIRGIL, LOUIS | $ 30.00 |
| VITAL-CEDENO, CECILIA | $ 30.00 |
| VOLK, COLLEEN | $ 30.00 |
| VORGIAS, CHRIST | $ 30.00 |
| WADLOW, WILLIAM | $ 30.00 |
| WAGNER, BETTY | $ 30.00 |
| WALTERS, JOHN | $ 30.00 |
| WALTON, JASON | $ 30.00 |
| WAMPOLE, JANICE | $ 30.00 |
| WARD, BARBARA | $ 30.00 |
| WARD, GLORIA | $ 30.00 |
| WARIS, SANDRA | $ 30.00 |
| WATKINS, ELIZABETH | $ 30.00 |
| WEDDINGTON, LESTER | $ 30.00 |
| WEISNER, ARLENE | $ 30.00 |
| WHEELER, KATHRYN | $ 30.00 |
| WHITE, DEBRA | $ 30.00 |
| WHITE, FRANK E. | $ 30.00 |
| WHITE, SERENE | $ 30.00 |
| WHITE, SHARON | $ 30.00 |
| WILKINS, BRIDGET | $ 30.00 |
| WILLIAMS, ACE K. | $ 30.00 |
| WILLIAMS, ANTHONY | $ 30.00 |
| WILLIAMS, AUBREY | $ 30.00 |

| | |
|---|---|
| WILLIAMS, CHARLES | $ 30.00 |
| WILLIAMS, CHERYL | $ 30.00 |
| WILLIAMS, MARY | $ 30.00 |
| WILLIAMS, REALINDA | $ 30.00 |
| WILLIAMS, WILLIE | $ 30.00 |
| WILSON, GARY | $ 30.00 |
| WILSON, ROBERT | $ 30.00 |
| WILT, STEVEN | $ 30.00 |
| WINSLOW, ANGELA | $ 30.00 |
| WINTEROWD, BEVERLY | $ 30.00 |
| WINTERS, BETTY | $ 30.00 |
| WOLF, JAMES | $ 30.00 |
| WORTHY, DEREK | $ 30.00 |

**TOTAL REMITTED:**                          **$19,800.00**

GLEN LERNER INJURY ATTORNEYS


By: ___/s/ Glen J. Lerner_____
    Glen J. Lerner, Esq.
    Nevada Bar No.
    4795 South Durango Drive
    Las Vegas, NV  89147
    Attorneys for Plaintiff

19

EXHIBIT "C"

EXHIBIT "C"

# REGISTER OF ACTIONS

## CASE NO. A-18-781820-C

| | |
|---|---|
| Sossy Abadjian, Plaintiff(s) vs. Teva Parenteral Medicines Inc, Defendant(s) | § §§§§§§ |

| | |
|---|---|
| Case Type: | **Product Liability** |
| Date Filed: | **09/27/2018** |
| Location: | **Department 4** |
| Cross-Reference Case Number: | **A781820** |

---

### RELATED CASE INFORMATION

**Related Cases**
   A-18-781820-C-P1 (Large Case - Subcase)
   A-18-781820-C-P2 (Large Case - Subcase)
   A-18-781820-C-P3 (Large Case - Subcase)

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **Baxter Healthcare Corporation** | |
| **Defendant** | **McKesson Medical-Surgical Inc** | |
| **Defendant** | **Sicor Inc** | |
| **Defendant** | **Teva Parenteral Medicines Inc** | |
| **Plaintiff** | **All Plaintiffs A781820  Abadjian, Sossy  Ackerman, Gloria  Adarve, Virginia  Adler, Francis  Adler, Rhea  Aguilar, Carmen  Aguilar, Narcisco Rene  Allen, George  Allshouse, Socorro  Alpy, Linda  Alvarez, Joyce  Anderson, Rebecca L  Andrei, Emanuel  Antles, Terrie  Appleton-Hultz, Kellie  Archuleta, Anthony  Arellanos, Esteban  Arias, Rickie  Arkenburg, Mark  Arriola, Roger  Artiga, Maria  Asberry, Robin  Babcock, Winifred  Bach, Robert  Bachand, Susan F  Bagley-Tenner, Elaine  Bal, Melissa  Baldridge, Brian  Barbee, Dorothy  Barker, Ronald  Barncord, Ronald  Barnes, Russell  Barnhart, Peggy Jo  Barrall, Madalyn  Bartlett, Donald  Bartlett, Sheryle  Baudoin, Joseph  Baxter, Barbara  Beamon, Venus  Beatty, Barbara Robin  Behlings, Rodney  Bejaran, Cristina  Benedetti, Thomas  Benford, Verna  Benkert, Richard  Bergeron, Donna  Bergeron, Marshall  Bivona, Sylvia  Blair, Robert  Blakeley, Harry  Blanchard, Dawn  Bloss, Bonnie  Bolar, Darrell  Bolden, Roy  Bolden, Sarah  Bolen, Scot  Bonilla, Victor  Boone, John  Borrayes, Graciela  Bowen, Billy  Bowers, Shirley  Bowles, Bridget  Boykins, Cathy  Bradford, Brenda  Bradley, Shirley  Brauer, Carla  Brown, Carolyn  Brown, Jack  Brown, Kenneth  Brown, Leslie  Brown, Michael  Brown, Roberta  Bruns, Amelia B  Burchard, Carl L  Burks, Traci  Burton, Elizabeth  Bustamante, Anastasio  Bustamante, Mario  Bustamante-Ramirez, Angelite  Butler, Dorothy Ann  Calcaterra, Lee  Calderon, Robert  Callahan, Sheila  Campbell, Evelyn  Campolo, John  Campos, Maria  Canacaris, Boonyuen  Canacaris, Constantinos  Capanda, Melissa  Caperell, Martin  Cardona, Jaime  Cardona, Pedro  Carney, Susie  Carpenter, John  Carr, Lester  Carr, Teresa  Carrasco, Bernardino  Carter, Truman  Casto,** | **Glen J Lerner** *Retained* 7028771500(W) |

Xandra Caudle, Spence Causey,
Margaret Ceballos, Xavier Cedeno,
Robert Celano, Helayne Celano,
Vincent Centeno, Dinora Cepeda,
Guadalupe Chase, Roy Chea,
Caridad Chevez, Elsa Chiger, Mark Childs,
Lucille Circle, Donald Clark, Alicia Clark,
Carol Clark, Patricia Coiro,
Richard Collins, Percell Compton,
Robert Conner, Ernest Cook, Cliff Corey,
Susan Correa, Patricia Coulombe, Paul
A Crawford, Amber Crocker,
Ronald Crockett, Pamela Cross,
Howard Crossley, Rosslyn Daniels, William
R Davis, Evelyn Davis, Mary Jean Davis,
Virginia A Dawson, Jessie L Delacruz,
Denise M Delacruz, Emelyn Deras,
Silvia Derose, Gregory Devine,
Sherida Diamond, Claire Diaz-Perez,
Jose Dipietro, Mark Dixon, Otis L Dolpies,
Emilio Domingo, Tamara Dominguez,
Pamela Domkoski, Euqena Donato,
Joseph Donis, Hugo Donley, Patricia
L Draganic, Ljubica Duck, Deloris K Duhs,
Kathleen J Duncan, Lillian Dusyk,
Harold Dyer, Allyson R Easley,
Lois Echeverria, Deisy Edmond, Donnedia
D Elauria, Roland E Escala, Dario E Escala,
Engarcia B Escalera, Kathy A Escobedo,
Maria Espinosa, Teresa I Esposito, Ernest
A Evans, Leon Evans, Williams Eversole,
John J Faulkner, Mary Feingold,
Abraham Feingold, Muriel Fennell,
Oscar Ferguson, Murietta Ferguson,
Willie Ferrante, Daniel Ficklin,
Carolyn Filbeck, Joe Fineberg, Ethel Finn,
Madeline C Fitch, Albert L Flores,
Adrian Flores, Maria Folkenflik,
Ronald Foremaster, Rauna Foster, Joseph
E Foster, Phyllis G Frazier, Cynthia
D Freeman, Victoria Friel,
Lawrence Friesen, Bonita M Frillarte,
Ness Frisby, Nancy C Gaines,
Jodi Gallegos, Esperanza Gallegos,
Neohmi Garay, Luis Garcia, Brenda Garcia,
Martha Gardner, Sandra Garvey,
Michael Gass, Lois Gellens,
Jeremy Geoghegan, Marion George,
Theresa Giannopoulos, Aris Giannopoulos,
Tina Gilbert, Wanda Glenn,
Gregory Golden, Jean Golden-Lewis,
Tyra Golob, Luciano Gomez-Carrillo,
Margarito Gonzales, Pastor Gonzalez-
Torres, Jesus Gordy, TJ Gotlieb,
Jeff Goudy, Allen Graham,
Annetta Grattan, Bill Gray, Arnold Gray,
Bonnie Green, Dorothy Green,
Tania Gregorich, Roy Gresser,
Jeffrey Griffin, Willie Grimblot,
Robert Grimes, Verna Grimm,
Cynthia Grimm, Robert Gronna,
Patrick Guerette, Carl Guevara,
Candelario Gulli, Nicholas Gutierrez,
Julia Hachez, Denise F Hadjes, Sue Hal,
Esther I Hall, Frank J Hall, Tina Hamblin,
Chardai C Hamilton, Robert Hancock,
Deborah Haro, Jessica M Harper,
Joann Harrington, Anna C Harrington,
Michael S Harris, Dorris Harrison,
Glorice Harrison, Shara Harrison-Carter,
Patricia Harshman-Talbert, Brianna
S Hartley, Ronald K Harwood,
Robert Haugen-Rattazzi, Linda K Hayashi,
Esther A Hayes, Samuel Hein, Susette
A Henderson-Shepherd, Nita Hennick, Roy
M Henson, Juanita Heredia,
Lucia Hernandez, Candido Hernandez,
Marcial A Hernandez, Maria Herrold,
Thomas Herron, Luz Hill, Susan M Hiner,
Isheka Hoard, Arlene Hobbs, Beth Hollis,
Michelle Holmes, Jaqueline A Hooker,
Joshua Hoover, Willie Hoppins,
Patricia Horvath, Belvia Horvath,
James Hostler, Anna Houle,

Augustave Hovietz, Carl Howard,
Ruth Howell, Robert E Howford,
Michelle Huebner, Edward L Hughes,
Lovette M Hunter, Virginia M Hurtado-
Miguel, Patricia Hwang, Ho Nan Hyyppa,
Angela Ibarra, Janette Infuso,
Joseph Interdonati, Frank Irey,
Brian Jackson, Barry Jackson,
Cecil Jackson, Dora Jaramillo,
Rolando Jiles, Letha Jiles,
Richard Johnson, Clifton Johnson,
Doris Johnson, Eugene Johnson,
Johnny Johnson, Joyce Johnson,
William Jones, Arnold Kabadaian,
Ann Kaleta, Anthony K Kapoor,
Arun Keeler, Linda J Keeling,
Sharon Kelly, Michael F Keyes, Rayann
J Kidd, Darrell Kim, Connie Kim, Soo-
ok Kim, Taesook Kimbers, Sondra
I Kindler, Elizabeth I King, Iris L King,
Larry D Koceja, Raymond E Koenen,
Tracey Koenig, Joanna Koh,
Patrick Kopanski, Michael Krachenfels,
Michael J Kramer, Corinne M Kroitor,
David Kunik, Olga Kunzig, Karen
A LaFountain, Aneita Lake,
Barbara Lampman, Krystal Lang,
Darsel Larson, Jonathan Laurel,
Bertha Lauron, Anges G Lawson,
Marie LeBlanc, Phyllis Leeman-Ross, Betty
J LeTang, Arlene Lev, Jane Lewis, James
A Liebschutz, Joan Lim, Minerva L Limes,
Debra Lindsey, Edward Linetsky,
Seth Lista, Emilio D Little,
William Livingston-Steel, Dorothy Lopez,
Felisa Lopez, Iraida Lopez, Martha Lopez,
Noe Lopez, Toney E LoPresto, Francine
R Lucas, Florence Luther, Darlene Lyles,
Frank L Maclean, Sterphanie Madrid,
Deborah Magill, Lori Maiwand,
Marwa Major, Dorothy J Maldonado,
Marguerite Maldonado, Mario Malwitz,
Ida Manuel, Audrey Mares, Gabriel Marohl,
Robert Marquez, Carol A Martigani,
Brenada Martin Lee, Terri L Martin, Leonard
A Martin, Terri A Martinez, Hugo Martinez,
Jorge B Martinez, Jose Marzulli,
Grace Mascari, Mary Louise Mastrian,
Lucy Matti, Fatin Mays, Leroy Mays,
Lisa McCall, Terry McCall, Virginia
A McClain, Letta McClinton,
Alfred McCray, Stella McDaniel,
Laurence McDavid, John McDonald,
David McDonnell, Dolores McGee, Denise
Anne McKinney, Mae McKnight,
Janet McMillen, Fred Meacham,
Myron Mejia, Kelley Mekhijian, Aida
A Mellor, Chelsey L Mendoza,
Jiggerson Merrell-Clapp, Susan Middaugh,
James Milburn, Sylvia Miller,
Corinne Mitchell, Gerald Mitchell,
Janice Mitchell, Oliver Mizhiritsky,
Mikhail Molitor, Kirk Moody, Steven Moore,
Mary Mora, Jose Morales,
Yolanda Morales-Castro,
Elizabeth MorCiglio, Yolanda Moreno,
Bivetta Moretensen, Dan R Morgan,
David Morgan, Denise M Morgan,
Douglas Morgan, Sonia Morici,
Andrew Morris, Barry Morris,
James Morris, Juanita E Morse,
Michele Mosqueda, Migdalia Motola,
Andrea Muna, Annie Munger, Judith
A Munguia, Lucila Muranyi, Diane Murray,
Willie Muscara, Dioselina Nagy,
Joseph Najarro, Jose A Nakoneczny,
Bonnie Nanod, Thang Natinga,
Erlinda Navarro-Ortiz, Maria Nelson,
LeeAnne Nevins, Daniel Newell,
Lanita Noga, Paul Norlin,
Rosemarie Novotny, Ronalee Nyden,
Marshall O'Connell, Joseph O'Farril, Lucio
F O'Halloran, Shawn O'Mara, John O'Neal,
Norma J Obershaw, Wade Oku,

Andrew Oliva, Digna Orcullo,
Linda Orozco-Galan, Paula Pacheco,
Angela Pankhurst, Denis Paratore,
Matt Park, Robert Parkinson, Kathy Pazos,
Jesus Pearce, Marilyn Peccorini,
Teresa Pedro, Phyllis Pena, Jose
O Peoples, Patricia Perdomo, Delmy
C Perez, Dora Perez, Louise Perez,
Luis Perez, Maria Perez, Mercedes Perez-
Roque, Agustin Perret, Andre Perry, Janet
P Peterson, Alan K Philip, Lowell Philip,
Michelle Picard, Craig Pinsker,
Donald Pitman, Jason B Pittman,
Wayne Podrouzek, Jeff Polillo,
Roger Polinski, Ron Porter,
Judy Pourteymaur, Mohammed Powers,
Donna Powers, Eva Powers,
Jennifer Price, Douglas Price, Ivor Prieto,
Jose Prieto, Luisa Prussin, Ely Quintero,
Francisco Quiroz, Anthony Ray Rabadan,
Maribel Ragazzo, Mario Ramirez,
Adriana Ramirez, John Ramirez,
Raul Ransom, Edward Raposa,
Robert Rattazzi, Devin Redding, Cantice
M Reed, Karen Reyes De Medina,
Celia Reyes, Gabriel Reyes, Helen Reyes,
Miguel Rice, Michael Roberson,
Lester Roberts, Barbara Robinson,
Constance Robinson, Lloyd H Roby,
Connie Rochester, Antoinette Rodgers,
Treva Rodgers, Vicki Rodriguez,
Maria Rodriguez, Nenita Rodriguez,
Ricardo Rodriguez, Yolanda Rodriguez-
Ramirez, Jose Rogers,
Freeman Roggensee, Carole Rojas,
Sonia Romano, Joseph Rose,
Jean Ruckey, Gwendolyn Russell,
Rosetta Saddler, Demetry Salas,
Janisann Salcedo, Maria Salguero,
Francisco Sanders, Kerri Sanders,
Lovie Saunders, Paul Saunders,
Sherrilyn Sawyer, Danny Schilling,
Isa Schlappi, Shaun Schroeder,
Stephen Schulman, Jeffrey Seay,
Ray Senness, Sandra Sergio,
Anthony Sforza, Maurice Shanklin,
Sylvia Shanks, Julie Shearer,
Douglas Simko, Sandra Sipple,
Myrtle Skinner, Charles Slater,
James Slaughter, Jacklyn Slaughter,
John Slone, John Smith, Catherine Smith,
Wilbur Snyder, Lila Sobieski,
Dolores Socorro, Michelle Sommer,
Wayne Soto, Maria Soussana,
Vidana Spainhour, Julie Spangler,
Jessica Sparks, Patricia Sparks,
Sandra Spellman, Patricia Stanford,
Jeffrey Stankard, Williams Stanley,
Ginger Stewart, Rodney Stoklosa,
Walter Strohecker, Leticia Stromgren,
Harold Sudo, Mafalda Swain,
Barbara Tadeo, Norma Tarnowiski,
Mirka Tarnowski, Ryszard Tash, Roxanne
E Taylor, Jill Thibeault, Jeanne Titus-
Pilate, Catherine Topple, Raymond Toribio,
Dominga Torres, Yadel Townsley, Rita
M Trafton, Roselyn Tromello,
Salvatore Tropp, Patricia A Tuckosh,
Dorothy Turner, Lucy Turner,
Terry Tuzinski, Robert Unruh,
William Valls, Jesus Valone, Dianne Vance,
Gilbert Vandergaag, Hillegonda Veley,
Henry Villegas, Stella Virgil, Louis Vital-
Cedeno, Cecilia Volk, Colleen Vorgias,
Christ Wadlow, William Wagner,
Betty Walters, John Walton,
Jason Wampole, Janice Ward,
Barbara Ward, Gloria Waris,
Sandra Watkins, Elizabeth Weddington,
Lester Weisner, Arlene Wheeler,
Kathryn White, Debra White, Frank
E White, Serene White, Sharon Wilkins,
Bridget Williams, Ace K Williams,
Anthony Williams, Aubrey Williams,

**Charles  Williams, Cheryl  Williams,**
**Mary  Williams, Realinda  Williams,**
**Willie  Wilson, Gary  Wilson, Robert  Wilt,**
**Steven  Winslow, Angela  Winterowd,**
**Beverly  Winters, Betty  Wolf,**
**James  Worthy, Derek**

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/27/2018 | **Complaint** |
| | *Complaint* |
| 09/27/2018 | **Initial Appearance Fee Disclosure** |
| | *Initial Appearance Fee Disclsoure* |
| 10/02/2018 | **Summons Electronically Issued - Service Pending** |
| | *Summons* |
| 10/02/2018 | **Summons Electronically Issued - Service Pending** |
| | *Summons* |
| 10/02/2018 | **Summons Electronically Issued - Service Pending** |
| | *Summons* |
| 10/02/2018 | **Summons Electronically Issued - Service Pending** |
| | *Summons* |

---

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---:|
| | **Plaintiff** All Plaintiffs A781820 | | |
| | Total Financial Assessment | | 19,800.00 |
| | Total Payments and Credits | | 19,800.00 |
| | **Balance Due as of 12/10/2018** | | **0.00** |
| | | | |
| 09/27/2018 | Transaction Assessment | | 19,800.00 |
| 09/27/2018 | Efile Payment | Receipt # 2018-64744-CCCLK           Abadjian, Sossy | (19,800.00) |