1  Glen J. Lerner, Esq.
   Nevada Bar No. 4314
2  GLEN LERNER INJURY ATTORNEYS
   4795 South Durango Drive
3  Las Vegas, Nevada 89147
   Telephone:  (702) 877-1500
4  Facsimile:  (702) 307-5762
   E-mail: glerner@glenlerner.com
5  Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA, NEVADA

8

   ABADJIAN, SOSSY, et al.,
9                                                          Case No. 2:18-cv-02321-JCM-NJK
                   Plaintiffs,
10          v.
                                                           **PLAINTIFFS' CERTIFICATE OF
11 TEVA PARENTERAL MEDICINES, INC.,                        INTERESTED PARTIES**
   formerly known as SICOR
12 PHARMACEUTICALS, INC.; SICOR, Inc., a
   Delaware Corporation; BAXTER
13 HEALTHCARE CORPORATION, a Delaware
   Corporation; McKESSON MEDICAL-
14 SURGICAL INC., a Delaware
   Corporation.
15
                   Defendants
16
        Pursuant to LR 7.1-1, the undersigned, local counsel for Plaintiffs, certifies that no other parties
17
   have an interest in the outcome of this case.
18
        These representations are made to enable judges of the Court to evaluate possible
19
   disqualification or recusal.
20

21
                                                    GLEN LERNER INJURY ATTORNEYS
22

23                                                  By:    */s/ Glen J. Lerner*
                                                           Glen J. Lerner, Esq.
24                                                         Nevada Bar No. 4314
                                                           4795 South Durango Drive
25                                                         Las Vegas, NV  89147
                                                           Attorneys for Plaintiffs
26

27

28

                                                    1