Glen J. Lerner, Esq.
Nevada Bar No. 4314
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 307-5762
E-mail: glerner@glenlerner.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NEVADA

| | |
|---|---|
| ABADJIAN, SOSSY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware Corporation; McKESSON MEDICAL-SURGICAL INC., a Delaware Corporation. <br><br> Defendants | Case No. 2:18-cv-02321-JCM-NJK <br><br> **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to LR 7.1-1, the undersigned, local counsel for Plaintiffs, certifies that no other parties have an interest in the outcome of this case.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

GLEN LERNER INJURY ATTORNEYS

By:  */s/ Glen J. Lerner*
    Glen J. Lerner, Esq.
    Nevada Bar No. 4314
    4795 South Durango Drive
    Las Vegas, NV 89147
    Attorneys for Plaintiffs