Glen J. Lerner, Esq.
Nevada Bar No. 4314
Randolph L. Westbrook, Esq.
Nevada Bar No. 12893
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 307-5762
E-mail: glerner@glenlerner.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NEVADA

| | |
|---|---|
| ABADJIAN, SOSSY, et al., | Case No. 2:18-cv-02321-JCM-NJK |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware Corporation; McKESSON MEDICAL-SURGICAL INC., a Delaware Corporation. | |
| Defendants | |

IT IS HEREBY STIPUALTED AND AGREED, by and between the Parties through their attorneys identified below, that the briefing schedule for Defendants' Motion to Dismiss, specifically the Opposition and Reply briefing, be stayed until two weeks after the Court's resolution of Plaintiffs' (impending) Motion to Remand, presently due by January 9, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

1

In light of Plaintiffs' Opposition to Defendants' Motion to Dismiss presently being due on December 31, 2018, and a Reply brief being due shortly thereafter, the Parties believe that judicial economy warrants the Court's staying the Motion to Dismiss briefing schedule so that the Court can resolve the (impending) Motion to Remand (and either confirm or deny the Court's jurisdiction in this matter) before undertaking the resolution of Defendants' Motion to Dismiss.

| GLEN LERNER INJURY ATTORNEYS | HYMANSON & HYMANSON |
|---|---|
| /s/ Glen J. Lerner | /s/ Philip M. Hymanson |
| Glen J. Lerner, Esq. | Philip M. Hymanson, Esq. |
| Nevada Bar No. 4314 | Nevada Bar No. 2253 |
| Randolph L. Westbrook, Esq. | Henry Joseph Hymanson, ESQ. |
| Nevada Bar No. 12893 | Nevada Bar No. 14381 |
| 4795 South Durango Drive | 8816 Spanish Ridge Avenue |
| Las Vegas, Nevada 89147 | Las Vegas, NV 89148 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED January 3, 2019.

_____
UNITED STATES DISTRICT JUDGE