1  Glen J. Lerner, Esq.
   Nevada Bar No. 4314
2  Randolph L. Westbrook, Esq.
   Nevada Bar No. 12893
3  GLEN LERNER INJURY ATTORNEYS
   4795 South Durango Drive
4  Las Vegas, Nevada 89147
   Telephone:  (702) 877-1500
5  Facsimile:  (702) 307-5762
   E-mail: glerner@glenlerner.com
6  Attorneys for Plaintiffs

7

UNITED STATES DISTRICT COURT

8

DISTRICT OF NEVADA, NEVADA

9

10  ABADJIAN, SOSSY, et al.,

Case No. 2:18-cv-02321-JCM-NJK

11              Plaintiffs,

        v.

12  TEVA PARENTERAL MEDICINES, INC.,

**STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE**

13  formerly known as SICOR
    PHARMACEUTICALS, INC.; SICOR, Inc., a

14  Delaware Corporation; BAXTER
    HEALTHCARE CORPORATION, a Delaware

15  Corporation; McKESSON MEDICAL-
    SURGICAL INC., a Delaware

16  Corporation.

17              Defendants

18          IT IS HEREBY STIPUALTED AND AGREED, by and between the Parties through their

19  attorneys identified below, that the briefing schedule for Defendants' Motion to Dismiss, specifically the

20  Opposition and Reply briefing, be stayed until two weeks after the Court's resolution of Plaintiffs'

21  (impending) Motion to Remand, presently due by January 9, 2019.

22

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

    . . .

1

In light of Plaintiffs' Opposition to Defendants' Motion to Dismiss presently being due on December 31, 2018, and a Reply brief being due shortly thereafter, the Parties believe that judicial economy warrants the Court's staying the Motion to Dismiss briefing schedule so that the Court can resolve the (impending) Motion to Remand (and either confirm or deny the Court's jurisdiction in this matter) before undertaking the resolution of Defendants' Motion to Dismiss.

GLEN LERNER INJURY ATTORNEYS

/s/ Glen J. Lerner
Glen J. Lerner, Esq.
Nevada Bar No. 4314
Randolph L. Westbrook, Esq.
Nevada Bar No. 12893
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Plaintiffs

HYMANSON & HYMANSON

/s/ Philip M. Hymanson
Philip M. Hymanson, Esq.
Nevada Bar No. 2253
Henry Joseph Hymanson, ESQ.
Nevada Bar No. 14381
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED January 3, 2019.

_____
UNITED STATES DISTRICT JUDGE